UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LAURA NANCY CASTRO, | ) |
| YULIANA TRINIDAD CASTRO, and | ) |
| TRINIDAD MURAIRA DE CASTRO, | ) |
|   PETITIONERS/PLAINTIFFS, In Their Own | ) |
|   Name and On Behalf of All Others | ) |
|   Similarly Situated, | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) |
| MICHAEL T. FREEMAN, PORT DIRECTOR, U.S. | ) |
|   CUSTOMS AND BORDER PROTECTION, | ) |
|   BROWNSVILLE, TEXAS PORT OF ENTRY; | ) |
| HILLARY CLINTON, U.S. SECRETARY OF STATE, | ) |
| JANET NAPOLITANO, SECRETARY, DEPARTMENT | ) |
|   OF HOMELAND SECURITY, and | ) |
| THE UNITED STATES OF AMERICA. | ) |
| | ) |

EXHIBIT "A" IN SUPPORT OF

PETITION FOR WRIT OF HABEAS CORPUS
CLASS ACTION COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF
AND APPLICATION FOR TEMPORARY RESTRAINING ORDER

Exhibit A consists of the following:

1.  Statement of Laura Nancy Castro in English and Spanish;
2.  Statement of Yuliana Trinidad Castro in English and Spanish, and
3.  Statement of Trinidad Muraira de Castro in English and Spanish.

# STATEMENT OF
# LAURA NANCY CASTRO
# SPANISH ORIGINAL

A QUIEN CORRESPONDA:

YO LAURA NANCY CASTRO DECLARO Y HAGO CONSTAR QUE EL DIA 24 DE AGOSTO DEL 2009 ENTRE LAS 9:40 Y 10:00 DE LA MANANA CRUCE CON MI HERMANA YULIANA CASTRO, SU HIJA RECIEN NACIDA CAMILA ABIGAIL ███████ Y MI MAMA TRINIDAD MURAIRA. IVAMOS RUMBO A BROWNSVILLE TEXAS, POR EL PUENTE VIEJO EXPRESS. CUANDO LLEGAMOS AL PUNTO DE REVISION LE DIMOS NUESTROS DOCUMENTOS AL OFICIAL ELISEO CABRERA , MI MAMA ENTREGANDO SU VISA LASER,MI HERMANA SU REGISTRO DDE NACIMIENTO SU I.D. Y LA SOLICITUD DONDE TRAMITO SU PASAPORTE Y YO ENTREGANDO MI PASAPORTE DONDE ACREDITA QUE SOY CIUDADANA AMERICANA

ENTONCES EL OFICIAL LE PREGUNTA A MI HERMANA QUE CUANDO HABIA MANDADO LOS ULTIMOS PAPELES DEL PASAPORTE. ELLA LE DIJO QUE FUE EL 30 DE JULIO. SIN EMBARGO, EL OFICIAL LA IGNORO Y LE DIO UN PAPEL PARA QUE PASARA A REVISION YA QUE ELLA IVA MANEJANDO. PASAMOS A REVICION Y UN OFICIAL NOS RECIBIO PREGUNTANDONOS QUE SI TRAIAMOS FRUTA O ALGO PARA DECLARAR. NOSOTROS LE DIJIMOS QUE NO Y ENTONCES NOS ENVIO PARA DENTRO. AL LLEGAR ADENTRO EL OFICIAL SE LLEVO A MI HERMANA Y LA METION A UN CUARTO. DESPUES DE CÓÓMO MEDIA MEDIA HORA SALIO Y LE QUITO LA BOLSA MI MAMA. MI MAMA Y YO NOS HABIAMOS QUEDADO AFUERA CON LA HIJA DE MI HERMANA. CUANDO SALIO MI HERMANA DEL CUARTO EL SE LLEVO A MI MAMA.

QUISIERA ACLARAR QUE EL NUNCA NOS DIJO PORQUYE ESTABAMOS DETENIDOS. EL SOLO SE LLEVO A MI MAMA HACIA DENTRO Y NOS QUEDAMOS AHÍÍ ESPERANDO. DURANTE ESTE TIEMPO MI SOBRINA ESTABA LLORANDO PORQUE ESTABA FRIO Y POR QUE TENIA HAMBRE. MI HERMANA LE DIJO AL OFICIAL CABRERA QUE SI LE TRAIA LA PANALERA O ELLA IBA POR ELLA. EL OFICIAL LE DIJO QUE FUERA POR ELLA PERO JAMAS EL OFICIAL LE PREGUNTO COMO ESTABA LA NINA. PARA ESO YA ERAN LAS 11:30 DE LA MANANA Y DE TANTO FRIO QUE HACIA SE HABIA ORINADO TODA SU ROPITA. POR ESO TUVIMOS QUE IMPROVISAR PARA CAMBIARLE SU ROPA. TODO LOS OFICIALES QUE ESTABAN EN VENTANILLA ESTABAN VIENDO COMO ESTABAMOS BATALLANDO Y NUNCA NOS OFRECIERON AYUDA E INCLUSO EL OFICIAL DE VENTANILLA NOS VEIA Y SE BURLABA DE CÓÓMO ESTABAMOS POR QUE LA CAMBIAMOS EN LAS SILLAS TAPANDOLA CON SU MISMA ROPITA POR QUE HABIA GENTE PRESENTE. DURANTE ESTE TIEMPO NO SUPIMOS DE MI MAMA. NADAMAS VEIAMOS SALIR AL OFICIAL DE UN LADO A OTRO Y QUE HABLABA CON OTROS OFICIALES.

CUANDO SALIO Y FUE CON NOSOTROS YA HABIAN PASADO COMO 3 HORAS DE QUE ESTABAMOS DETENIDOS. FUE ENTONCES CUANDO EN VOZ BURLONA NOS DIJO QUE ""PUEDEN IR A COMER "". NOSOTROS NOS QUEDAMOS COMO QUE PUEDEN. PERO COMO PODEMOS SI NO TENIAMOS NUESTRAS NI LAS LLAVES DE LA CAMIONETA. A DONDE PODIAMOS IR. NO SABIAMOS SI IR HACIA BROWNSVILLE O MATAMOROS. PERO JAMAS EL NOS DIJO QUE SI QUERIAMO COMIDA. MENCIONO TAMBIEN QUE DURANTE ESTE TIEMPO EL PROPIO SUPERVISOR FUE CON UNA PAREJA DE CUBANOS QUE ESTABAN CON NOSOTROS PARA OFRECERLES DE COMER. HASTA EL MISMOS SUPERVISOR SE LOS CALENTO. EL SABIA QUE NOSOTROS ESTABAMOS AHÍÍ Y NI SIQUIERA NOS VIO. AL IGUAL QUE LOS OFICIALES EN TURNO.

AL PASO DE UN RATO LLEGO UNA TIA DE NOSOTROS TODA ASUSTADA POR QUE MI PAPA LE HABIA HABLADO QUE NO NOS ENCONTRABA POR NINGUNA PARTE YA HABIA IDO AL HOSPITAL Y NO SABIA DE NOSOTROS. FUE POR ESO QUE ELLA LLEGO. DESPUES DE QUE LLEGO ELLA PASO UNA MEDIA HORA Y SALIO EL OFICIAL CABRERA Y LE DEJAMOS LA NINA A MI TIA PARA PODER PASAR CON EL.

TODAVIA NO SABIAMOS PORQUE NOS LLEVABA. POR OTRO LADO A MI MAMA NUNCA LA VIMOS.

ENTONCES METIO A MI HERMANA A UN CUARTO Y YO ME QUEDE AFUERA. DESDE EL MOMENTO QUE ENTRO EMPEZO EL HOSTIGAMIENTO CON ELLA. YO PUDE ESCUCHAR TODO POR QUE ESTABA SENTADA AFUERA DEL CUARTO. Y POR QUE EL LE GRITABA EN VEZ DE PREGUNTARLE. EL GRITABA ASUTANDO A MI HERMANA. EL LE DECIA QUE ELLA ERA NACIDA EN MEXICO, QUE ESTABA HUNDIDA. ELLA SIEMPRE LE CONTESTO QUE ERA CIUDADANA AMERICANA, QUE NUNCA HABIAMOS PASADO POR ESTO. QUE JAMAS NOS HABIAN METIDO A REVISION. SIN EMBARGO EL OFICIAL SEGUIA HOSTIGANDO A MI HERMANA. MI HERMANA LE MENCIONA QUE COMO YO TENIA PASAPORTE Y EL LE CONTESTO QUE POR QUE LOS QUE DAN LOS PASAPORTES SON NUEVOS Y NO SABEN QUE A CUALQUIERA SE LOS PUEDEN DAR.

EN POCAS PALABRAS EL OFICIAL DIJO QUE SUS PROPIOS COLEGAS ERAN INEPTOS AL BURLARSE ASI DE ESA FORMA. SIGUIO HOSTIGANDO A MI HERMANA. DICIENDOLE QUE LA IBA A DEPORTAR. ELLA LE DECIA QUE QUERIA UN ABOGADO Y EL LE DECIA QUE NO TENIA DERECHO A NADA. Y ASI SIGUIO HOSTIGANDOLA HASTA QUE MI HERMANA EN SU DESESPERACION DE OIR LLORAR A SU BEBE FIRMO LO QUE EL OFICIAL QUERIA. EL LE DECIA: NO TE PREOCUPES. NO TE VOY A PONER CARGOS DE NADA. PARA QUE PUEDAS ARREGLAR Y TU ESPOSO TE VA A ARREGLAR.
EL OFICIAL CABRERA TODO EL TIEMPO QUE MI HERMANA ESTUVO AHÍÍ CON EL SIEMPRE LE DECIA QUE NO SE PREOCUPARA QUE COMO QUIERA ARREGLABA MI SITUACION. DES PUES DE QUE MI HERMANA FIRMO TOMO SUS HUELLAS Y LE TOMO UNA FOTO. EL LE DIJO QUE PODIA HABLAR CON EL SUPERVISOR PERO QUE SOLO HABLABA EN INGLES Y LE DIJO QUE POR ESO NO NOS IBA A ENTENDER. DESPUES DE QUE ELLA FIRMO EL LE DIJO QUE TENIA DERECHO A UN ABOGADO. A UNA LLAMADA. PERO TU NO POR QUE NO TENIAS CARGOS...... ENTONCES PARA QUE SE LO DECIA. MI HERMANA FIRMO MUCHOS PAPELES, PERO TODOS ESTABAN EN INGLES.
DURANTE ESTE TIEMPO LLEGO UN PRIMO A PREGUNTAR POR NOSOTROS. MI PRIMO ES CIUDADANO AMERICANO Y LE DIJERON QUE SE FUERA. TODOS LOS OFICIALES QUE ESTABAN AHÍÍ VIERON ESO. PUEDO DECIRLES LOS NOMBRES DE ALGUNOS OFICIALES QUE ENTRABAN Y OTROS QUE ESTABAN AHÍÍ: LOS OFICIALES ERAN GARZA, ALANIZ, ADAME. TAMBIEN, DURANTE ESTE TIEMPO LLEGO UNA OFICIAL DE APELLIDO FLORES QUE EL OFICIAL CABRERA SE SECRETEABA CON EL ELLA. ELLA VOLTEANDOME A VER EN CADA INSTANTE.

CUANDO EL OFICIAL REGRESA DE HABER SACADO A MI PRIMO LE DICE A MI HERMANA YA PUEDES IRTE. SIN EMBARGO NO LA DEJA LLEVARSE SU BOLSA. TODAVIA EL LE DICE (OFICIAL CABRERA): DI QUE TE TRATE BIEN"".

AL REGRESAR EL DE LLEVARSE A MI HERMANA EL OFICIAL CABRERA SIGUE CONMIGO. DE IGUAL FORMA DE CÓÓMO TRATO A MI HERMANA EL EMPEZO O HOSTIGARME. SIN EMBARGO EN NINGUN MOMENTO ME DEJE. EL ME PREGUNTO QUE POR QUE ESTABA EN MEXICO? A LO CUAL LO CUAL LE CONTESTE QUE POR QUE MI PAREJA TRABAJA FUERA DE LA CIUDAD Y YO ME VENGO UNOS DIAS CON MIS PAPAS. LE DIJE QUE MI HIJO SE HABIA QUEDADO CON SU ABUELITA EN BROWNSVILLE Y QUE IBA POR EL.

EN NINGUN MOMENTO EL OFICIAL ME OFRECIO DE COMER, SI QUERIA IR AL BANO, O IS QUERIA ALGO DE BEBER. EL ESTABA TAN ENFOCADO EN PRESUMIRLES A SUS COMPANEROS QUE YA ERA SU TERCER CASO. EL SIGUIO HOSTIGANDOME Y DICIENDOME QUE YA NO TENIA PAPELES. EL DECIA QUE NO ME IBA A LEVANTAR CARGOS.

YO LE DECIA CARGOS DE QUE? SI NO HE HECHO NADA. DEMUESTRAME PRUEBAS. Y JAMAS LO HIZO. SOLO ME DECIA HABLA CON TU MAMA. ERA TODO LO QUE ME DECIA. YO LE DIJE QUE PUEDO HABLAR CON ELLA. TU LA HAS DE AVER AMENAZADO Y HOSTIGADO COMO LO HAS HECHO CONMIGO. Y EL ME DIJO, COMO CREES QUE VOY A HECHAR MENTIRAS. PUEDO PERDER MI TRABAJO. YO LE CONTESTE, TU SABES TU TRABAJO Y LO QUE HACES. SIN EMBARGO EL SIGUIO DICIENDOME Y HOSTIGANDOME QUE FIRMARA. DECIA QUE YO YA ESTABA HUNDIDA POR QUE

2

TENIA ACTA MEXICANA. Y YO LE DIJE QUE POR QUE YO HABIA ESTUDIADO EN MEXICO.

EL OFICIAL SIGUIO DICIENDOME FIRMA. MIRA TE PUEDES CASAR CON TU ESPOSO. VAS AL CONSULADO Y PIDES UNA VISA DE NOVIA Y EN MENOS DE 30 DIAS YA ESTAR POR ACA. Y YO LE CONTESTE POR QUE VOY A HACER ESO SI YO SOY CUIDADANA. LE PREGUNTE QUE IBA A PASAR CON MIS PAGOS Y MI DINERO EN EL BANCO. EL ME CONESTO MUY DESPOTAMENTE, NO SE.

YO LE DIJE QUE YO JAMAS HABIA TENIDO UN PROBLEMA EN MIS 29 ANOS DE EDAD. QUE NUNCA ME HABIAN METIDO A INTERROGARMENT. QUE INCLUSO HABIA SALIDO EN AVION A HAWAI A NEW YORK QUE INCLUSO TENIA COMO UN MES DE HABER IDO A SAN ANTONIO Y HOUSTON Y NUNCA ME HABIAN MOLESTADO EN LOS AEROPUERTOS NI EN LA QUILENA. LE PREGUNTE QUE POR QUE ES ESTE MOMENTO.

YO SIEMPRE LE PEDI QUE ME ENSENARA PRUEBAS Y JAMAS ME ENSENO. YO LE DECIA QUE YO ERA CIUDADANA AMERICANA Y EL ME DECIA QUE NO. Y ASI SIGUIO CON MIGO. EL NO ESTUVO MAS DE UNA HORA POR QUE COMO TERMINABASU TURNO SE TENIA QUE IR. QUISIERA ACLARAR QUE JAMAS EN ESE LAPSO DE TIEMPO EL ME PREGUNTO QUE SI QUERIA ALGO O QUE SI NECESITABA IR AL BANO. EL ME DIJO QUE SE IVA A QUEDAR OTRO OFICIAL CON MI CASO Y POR ESO EL APRESURADO LLENABA MIS DOCUMENTOS. TODOS EN INGLES. EL ENTONCES ME DIJO NO QUIERES UNA DECLARACION VERDAD. YO LE CONTESTE Y ESO EN QUE ME AYUDA? EL ME DIJO EN VERDAD A NADA. A LO QUE LE DIJE OK.

EL SE FUE Y APROXIMADAMENTE 10 MINUTOS DESPUES LLEGO UNA OFICIAL DE APELLIDO FLORES. ELLA ME TOMO LAS HUELLAS Y ME TOMO FOTO. YO LE PREGUNTE QUE PORQUE ME TOMABA LAS HUELLAS Y ME SACABA FOTO. ELLA ME DIJO PORQUE LO TENGO QUE HACER. DESPUES DE ESO ELLA ME DEJO ENCERRADO POR UN LAPSO DE 2 HORAS Y MEDIA. ELLA SOLO ME DIJO QUE SI NECESITABA ALGO TOCARA. PERO NO HABIA NADIEN. LOS OFICIALES TODOS ENTRABAN Y SALIAN. ELLA NO LLEGABA. Y SOLA AHÍÍ ENCERRAD. MI HERMANA FUE Y LE DIJO AL OFICIAL QUE ESTABA EN VENTANILLA QUE SI PODIA BAJARLE AL AIRE Y ELLA LE DIJO QUE NO. ALMISMO TIEMPO MI HERMANA LE PREGUNTO AL OFICIAL POR MI Y EL LE DIJO QUE NO SABIA. MI HERMANA LE DIJO ES QUE LA OFICIAL QUE ESTABA CON MIGO SE FUE Y EL LA BUSCO A LO QUE LA OFICIAL LLEGO Y ME SACO Y ME PREGUNTO POR "" PRIMERA VES QUE SI QUERIA IR AL BANO Y SI QUERIA AGUA? A LO QUE YO LE DIJE QUE ,Y ME DIJO QUE ME SENTARA DICIENDO ELLA QUE ESE NO ERA SU TRABAJO. ELLA SE QUEJABA CONMIGO QUE DE QUE LE HABIAN DEJADO TRABAJO CONMIGO. ENTONCE ELLA EMPEZO A PREGUNTARME COSAS Y YO LE CONTESTABA.

ELLA ME PREGUNTO QUE SI NO HABUIA QUERIDO UNA DECLARACION POR QUE EN LOS PAPELES DECIA QUE YO NO HABIA QUERIDO UNA DECLARACION. YO LE CONTESTE QUE NO HABIA UNA PORQUE EL OFICIAL ME DIJOE QUE DE NADA SERVIA UNA DECLARACION. ENTONCES ELLA ME DIJO QUE ESE DOCUMENTO SE QUEDABA COMO PRUEBA QUE YO ESTUVE AHÍÍ. ENTONCES YO LE DIJE QUE SI LA QUIERO HACER Y ELLA ME DIJO AQUÍÍ DICE QUE NO. YO LE INSITSE QUE SI QUERIAY DE MALA GANA EMPEZO A REDACTAR UNA DECLARACION.

EMPEZE LA DECLARACION HACIENDO UN JURAMENTO Y EMPEZO HACERME PRGUNTAS. UNA TRAS OTRA Y YO LAS CONTESTABA. ME PREGUNTO QUE IDIOMA HABLABA Y YO LE CONTESTE QUE EN ESPANOL PERO ENTIENDO, ESCRIBO Y LEEO EL INGLES COMO UN 50%. ELLA ME DIJO QUE FIRMARA UNOS PAPELES Y YO LE DIJE QUE EN ESTOS PAPELES DECIA QUE YO TENGO DERECHO A UN ABOGADO Y A UNA LLAMADA POR TELEFONO. ELLA ME CONTESTO QUE NO PORQUE YO NO TENIA CARGOS Y ME DIJO FIRMA DONDE TU ACEPTAS. EN ESE MOMENTO YO VOLTEO HACIA FUERA PARA BUSCAR A MI FAMILIA Y VEO QUE NO HAY NADIE. ELLA ME DICE YA SE FUERON Y YO ME ASUSTE.

ME DIJO NO QUISISTE HABLAR CON EL CONSUL? YO LE CONTESTE QUE A MI NUNCA ME DIJERON

ESO. ELLA ME DIJO AQUÍÍ DICE ESO. Y ENTONCES YO LE PREGUNTE DE QUE ME SIRVE? ELLA ME RESPONDIO DE NADA. EL SOLO TE ORIENTA. YO LE PREGUNTE ES COMO UN ABOGADO Y ELLA RESPONDIO NO ES COMO UN ABOGADO. AQUÍÍ LOS ABOGADOS NO ENTRAN. EN ESO ELLA ME PREGUNTA QUE SI YA ME OFRECFIERON DE COMER. A LO QUE YO LE DIGO QUE NO. ENTONCES ELLA ME DICE QUIERES ALGO. TE PUEDO CALENTAR ALGO. PERO YA PARA QUE. YA TIENES MAS DE 8 HORAS AQUÍÍ. ELLA SE PUSO MUY NERVIOSA AL VER QUE NO ME HABIAN OFRECIDO ALGO. EN ESO LLEGO EL SUPERVISOR DEL SIGUIENTE TURNO JUNTO CON OTRO OFICIAL. EL OFICIAL LE DIJO AL SUPERVISOR QUE ESTA FAMILIA YA TIENE MUCHO TIEMPO AQUÍÍ Y EL SUPERVISOR ME PREGUNTO SI YA ME HABIAN OFRECIDO DE COMER. YO LE DIJE QUE NO. EN ESO LA OFICIAL FLORES DICE YO YA TE OFRECI. PARA QUE OYERA EL SUPERVISOR. LO QUE NO LE DIJO ES QUE ME ACABABA DE OFRECER.

EN ESO YO ESCUCHE QUE HABIA UNAABOGADO AHÍÍ PERO N O LO DEJARON ENTRAR QUE POR QUE NO TRAIA UNA FORMA. LO QUE NO ENTENDI YA QUE A NOSOTRAS NOS DIJERON QUE NO PODIA ENTRAR UN ABOGADO Y CON ESO ME IMAGINE QUE LO NO QUERIAN ES QUE TUVIERA UNO. PERO MI PAPA LO CONSIGUIO PORQUE ESTABA MUY PREOCUPADO POR NOSOTROS.

LA OFICIAL ME DIJO QUE TODAVIA FALTABA MUCHO PARA QUE ME PUDIERA IR. ENTONCES PASEO MAS DE UNA HORA Y ME DIJO TU TE SIENTAS AHÍÍ Y AHÍÍ TE QUEDAS. DURANTE EL TIEMPO QUE ESTUVE AHÍÍ NUNCA VI QUE SE TARDARAN MAS DE 2 HORAS CON LAS PERSONAS QUE METIAN A REVISION. POR QUE FUE LA DESCRIMINACION DE TENERME MAS DE 2 HORAS Y MEDIA EN UN CUARTO Y LUEGO OTRAS 2 HORAS MAS SENTADA. Y DESDE QUE ESTUVE SENTADA ESPERANDO NUNCA ME VOLVIA A DECIR MAS QUE SI QUERIA IR AL BANO

ME TUVO SENTADA MUCHO RATO HASTA QUE EL OFICIAL ME DIJO VEN FIRMA AQUÍÍ. YO LE PREGUNTE QUE ES LO QUE QUIERE QUE FIRME Y ELLA ME DECIA TU FIRMA. Y YO LE DIJE PERO QUE ES. YO LE DIJE A QUI DICE QUE TENGO DERECHO A UN ABOGADO Y A LOCUAL ME DIJO QUE YO NO TENIA DERECHO A NADA Y ME DIJO PON TUS INICIALES. DESPUES DE PONER MI INICIALES ME VOLVIO A MANDAR A SENTAR. TODOS LOS OFICIALES QUE ESTABAN AHÍÍ SE ME QUEDABAN VIENDO. TODO ESTE TIEMPO EL SUPERVISOR ESTABA AHÍÍ Y NO HACIA NADA POR MI.

ME ACUERDO QUE YA ERA DE NOCHE Y YO TODAVIA NO SALIA. MI FAMILIA YA ESTABA PREOCUPADA POR Y LA OFICILA NO ME DEJABA SALIR. ELLA ME PREGUNTO QUE POR QUE TENIA ACTA MEXICANA A LO QUE YO LE DIJE QUE YA LES HABIA DICHO QUE PORQUE YO ESTUDIABA EN MEXICO POR QUE MIS PAPAS NO PODIAN VIVIR EN BROWNSVILLE. YO LE DIJE QUE ESTUVE TRABAJANDO ALLA Y QUE ME REGISTRE EN LA LOPEZ HIGH SCHOOL Y ME DI DE BAJA Y ME FUI A ESCRIBIR AL COLEGO. QUE HICE LA PRUEBA DE INGLES Y NO LA PASE. QUE AHI ME DIJERON QUE ESTUDIRARA INGLES Y ASI LO HICE. QUE YO ME ISCRIBI EN EL VANGUARD PERO QUE EL CURSO SE CERRO POR QUE NO HABIA MUCHOS ALUMNOS. YO TODO ESO LE DIJE. TAMBIEN LE PREGUNTE QUE IBA A PASAR CON MIS COSAS Y ELLA SOLO DECIA QUE NO SABIA.

YA DESPUES DE MUCHO TIEMPO VI MOVIENTO Y CUANDO SALI ME ENTERE QUE MI PAPA LE HABIA HABLADO HASTA LA POLICIA PARA LEVANTAR UN REPORTE DE QUE NOS TENIAN PRIVADAS DE LA LIBERTAD. ESO POR TANTO TIEMPO QUE ESTUVIMOS DETENIDAS. AHORA SE PORQUE LA OFICIAL DE REPENTE SE APRESURO A TERMINAR MIS PAPELES. TODO LOS DOCUMENTOS QUE ME DABA A FIRMAR ERAN EN INGLES Y YO LE PREGUNTABA QUE ERA LO QUE FIRMABA Y ELLA ME DECIA QUE PON TUS INICIALES. A LO QUE YO ALCANCE A LEER QUE DECIA SPANISH LO QUE NO ENTENDIA ES PORQUE ME DABAN LOS DOCUMENTOS EN INGLES SI SABIAN QUE NO HABLABA INGLES.

CASI LAS 9 DE LA NOCHE. DESPUES DE ESTAR DETENIDA DESDE CASI LAS 10 DE LA MANANA EL OFICIAL ME DIJO QUE ME PODIA IR. NADAMAS FIRMA AQUÍÍ Y LE DIJE QUE ES ESO. ELLA DIJO TIENES QUE FIRMARLO DONDE EL SUPERVISOR DICE QUE YA LEYO TU CASO. YO LE DIJE COMO

4

ES POSIBLE QUE YA LO HAYA LEIDO EN TAN SOLO 20 MINUTOS DE CASI 11 HORAS QUE NOS TUVIERON DETENIDAS. FUE CUANDO ELLA ME ENTREGO MI BOLSA Y LA BOLSA DE MI HERMANA. ENTONCES ELLA ME DIJO QUE YA ESTABA DEPORTADA Y TE VAS DE REGRESO A MEXICO. YA LO QUE QUERIA ERA TERMINAR TODO YA QUE TODO ESE TIEMPO NO SUPE NADA DE MI HIJO QUE SE HABIA QUEDADO CON SU ABUELITA EN BROWNSVILLE. YO IBA POR EL Y A COMPRARLE PANALES Y DE PASADA IBA A LLEGAR A LA CLINICA SANTA MARIA A REALIZARME UNA PRUEBA DE EMBARAZO. EN ESA CLINICA FUE DONDE ME ATENDI DESDE QUE SUPE QUE ESTABA EMBARAZADA DE MI PRIMER HIJO.

ESE DOMINGO 23 DE AGOSTO DEL 2009 ME HABIA PRACTICADO UNA PRUEBA CASERA Y ME HABIA SALIDO POSITIVA A LO QUE HAGO CONSTAR QUE YA QUE NO PUDE REALIZARME ESA PRUEBA DEBIDO A LO SUCEDIDO TUVO QUE REALIZARMELA EN MEXICO Y LA PRUEBA SALIO TAMBIEN POSITIVA. POR ESO HAGO RESPONSABLE A MIGRACION POR LO QUE ME PUEDA PASAR. AL OFICIAL ELISEO CABRERA Y LOS SUPERVISIORES EN TURNO Y A LOS QUE RESULTE YA QUE TUVO QUE LLEVARME MIS PAPAS A UNA GINECOLOGA DANDOME ELLA EL DIAGNOSTICO DE QUE TENGO UNA INFECCION EN LAS VIAS URINARIAS DEBIDO A TANTAS HORAS SIN IR AL BANO ACLARANDOME QUE TAN SOLO CON NO IR 3 HORAS SE GENERA LA INFECCION ESA MISMA INFECCION CREANDOME UNA AMENAZA DE ABORTO POR LO CUAL ESTOY TOMANDO MEDICAMENTO QUISIERA ADEMAS DECIR QUE NI EL OFICIAL CABRERA NI EL OFICIAL FLORES ME PREGUNTARON SI ME SENTIA MAL POR LO QUE YO OPTE POR NO DECIRLES LO DE MI EMBARZADO. YO PENSE QUE SI SE LOS DECIA ELLOS IBAN A CREER QUE LO UTILIZABA EN MI BENEFICIO. POR LO QUE PASO MI MAMA SUFRIO UNA CRISIS NEERVISOS. DEBIDO AL TRAUMA QUE LE CAUSO EL OFICIAL ELISEO CABRERA. POR OTRO LADO MI HERMANA CON SU HERIDA VAGINAL LASTIMADA Y MI SOBRINA CAMILA CON HIPOTERMIA Y MORMADA DE TAN FRIO QUE ESTABA AHÍÍ Y A SU VES ROSADA DE SUS PARTES POR TODO EL TIEMPO QUE PASO SUCIA Y SIN CAMBIO DE PANAL. POR TODO LO QUE PASO HAGO RESPONSABLE AL OFICIAL ELISEOCABRERA Y A LOS SUPERVISIORES EN TURNO Y DE MAS OFICIALES POR ESTAR CONSIENTES DE TODO LO QUE PASE EN EL LAPSO QUE ESTUVE AHÍÍ PRIVADA DE MI LIBERTAD Y SECUESTRADA YA QUE A NADIE LE DAN RAZON DE NOSOTROS Y NOS NEGABAN QUE ESTABAMOS AHÍÍ ESTANDO LA CAMIONETA DE MI HERMANA ESTACIONADA EN EL AREA DE REVISION.

POR TODO LO SUCEDIDO, DEMANDO Y EXIJO QUE SE TOME CARTAS EN ESTE ASUNTO Y SE PROCESE A LOS OFICIALES INMISCUIDOS.

ATTE:
LAURA NANCY CASTRO
28 DE AGOSTO DEL 2009.
X Laura N Castro

5

# STATEMENT OF
# LAURA NANCY CASTRO
# TRANSLATED

To Whom It May Concern:

I, Laura Nancy Castro state and make clear that on August 24, 2009, between 9:40 and 10:00 am. I crossed with my sister Yuliana Castro, her newborn daughter Camila Abigail XXXXX, and my mother Trinidad Muraira. We were going to Brownsville, Texas, by the Old Bridge Express. When we arrived at the inspection station, we gave our documents to Officer Eliseo Cabrera. My mother handed him her visa laser, my sister, her birth certificate, her ID and the application form where she processed her passport. I handed him my passport where it states that I am an American citizen.

Then the Officer asked my sister when had she sent the last documents for her passport. She said that it was July 30th. The Officer, however, ignored her and gave her a paper to go to inspection because she was the one who was driving. We went to inspection and an Officer received us asking if we carried fruit or something to declare. We told him, no and then he sent us inside. When we were inside the Officer took my sister, and put her in a room. After half an hour, more or less, he came out and took away my mother's bag. My mother and I had remained outside with my sister's daughter. When my sister came out of the room, the Officer took my mother in with him.

I would like to make clear that he never told us why we were detained. He just took my mother inside and we remained there waiting. During that time, my niece was crying because it was cold and because she was hungry. My sister asked Officer Cabrera to bring her the diaper bag, or if she could go to get it. The Officer told her to go to get it but he never asked her how was the girl. By then it was already 11:30 am and it was so cold that the girl had wetted all her little clothes. This is why we had to improvise to change her clothes. All the Officers that were in the small window were watching how we were struggling and never offered us help, the Officer of the small window even would see us and make fun of us because we had to change her on the chairs covering her with her own clothes because there were many people present. During that time we knew nothing about my mother. We would only see the Officer going in and out from one place to another, and he would speak with other Officers.

When he came out and came over to us about 3 hours had already passed since we had been detained. It was then that in a mocking voice he said to us, "You can go to eat." We remained like, How can you say we can? But how we can if we do not have our own, or the keys for the van. Where could we go. We did not know if we could go to Brownsville or to Matamoros. But he never asked us if we wanted food. I mention also that during that time the supervisor went to a Cuban couple that was with us to offer them food. The supervisor himself even warmed up the food for them. He knew that we were there and he did not even look at us. The same for the Officer on duty.

A little later an aunt of ours arrived, very scared, because my father had called her and told her that he could not find us anywhere; he had already gone to the hospital and he knew nothing about us. That's why she arrived. After she arrived, half an hour passed and Officer Cabrera came and we left the little girl with my aunt in order to follow him.

We still did not know why he would take us to another location, we never saw our mother. He then put my sister in a room and I stayed outside. From the moment he entered the harassment of her began. I could hear everything because I was sitting outside of that room. And because he shouted

at her instead of asking her. He shouted frightening my sister. He would tell her that she was born in Mexico, that she was lost. She always answered him that she was an American citizen, that we had never gone through this. That we have never been for ced t o inspection. The Officer, nevertheless, continued harassing my sister. My sister mentioned to him that I have a passport and he answered that it was because those who give passports are new and they dont know better. They give passports to anyone.

In other words the Offi cer said that his own co lleges are inept, in this way m ocking them . He continued harassing my sister telling her that he was going to deport her. She would tell him that she wanted an attorney and he would tell her that she did not had any rights. And this way he continued harassing her until my sister in her desperation hearing her baby crying, she signed what the Officer wanted her to sign. He would tell her: *"Do not worry. I am going to accuse you of nothing. So that you can get your papers fixed and your husband will get your papers."*

All the time my sister was there with him, Officer Cabrera  would tell her not to worry that somehow my situation was going to be solved. After my sister signed he took her finger prints and one photo. He told her that she could talk with the supervisor but that he only spoke in English and he told her that because of that he was not going to understand us. After she signed he told her that she had the right to an attorney. To one phone call. But that it did not a pply to you because you do not have charges, you are not accused. So, why would he tell her that. My sister signed many papers, but all of them were in English.

During that time a cousin arrived to ask for us. My cousin is an American citizen and was told to leave. All the Officers that were there saw that. I could tell you the nam es of some Officers who would come in and of others who were there: the Officers were Garza, Alaniz, Adame. Also, during that time came an Officer of last name Flores with whom Officer Cabrera would share secrets. She would turn to look at me every so often.

When the Officer came back from having escorted my cousin out, he told my sister, you can go now. However, she did not let her take back her bag.  And still he said to her (Officer Cabrera): *"Say that I treated you well."*

When he returned from taking my sister, Officer Cabrera continued with me. In the same way as he treated my sister he began to harass me. However, in no moment would I let him He asked me why I was in Mexico. To that I said that since my partner works out of town, I come to stay some days with my parents. I told him that my son had remained in Brownsville with his grandmother and that I was going for him . In no moment did the Officer offer m e food, or the restroom , or if I wanted something to drink. He was so centered in showing off to his co-workers that this was his third case. He continued harassing me and telling me that I no longer had my documents. He said that he was not going to accuse me of anything. I would ask him, accused me of what? If I had done nothing. Show me proofs. And he never did that. He would only tell me, talk with your mother. It was all that he would tell me. I told him that I can talk with her. You have probably threatened and harassed her as you have done with me. And he told me, how can you believe that I am going to lie. I can lose

my job, I replied: you know your work and what you do. Nevertheless, he continued telling me and harassing me to sign. He said that I was lost because I had a Mexican birth certificate. And I told him that it was because I had gone to school in Mexico.

The Officer continued telling me, sign. Look you can marry your husband. Go to the Consulate and ask for a fiance visa and in less than 30 days you will be around here. And I replied, why would I do that if I am a citizen. I asked him what was going to happen with my payments and my money in the bank. He answered as a despot, I don't know. I told him that I had never had a problem in my 29 years of age. That I had never been taken to interrogations. That I had left in a plane to Hawaii, to New York. That even in this month I had been to San Antonio and Houston and that never had been bothered in the airports, nor even in La Quilena. I asked him, why at this time?

I always asked him to show me proofs, and he never did. I would tell him that I am an American citizen, and he would tell me that I was not. And he continued with me like that. He was not more than an hour, because as his shift was up, he had to leave. I want to make clear that never during that time he asked m e if I needed anything or that if   I needed to use the bathroom  . He told m e that another Officer was going to take over my case and that's why he was filling out my documents in a hurry. All in English. He then told me, you don't want a declaration, right? And I answered, and that in what is of help to me? He said, in truth, nothing. To which I said, OK.

He left, and about 10 minutes later an Officer named Flores arrived. She took my finger prints and made a photo. I asked her why she took my finger prints and made that photo. She told me because I have to do it.

After that she left m e locked in for about two  and half hours. She only told m e that if I needed anything to knock. But there was no one. All the Officers walked in and out. And she would not come. And I alone there, locked up. My sister went  to ask the Officer in the sma ll window if she could lower the AC, and she replied that no. At the same time my sister asked the Officer about me and he told her that he did not know. My sister told him that the Officer that was with me had left, and he looked for her, then the officer returned and took me out and for the first time asked me if I needed the bathroom  and if I needed water. To  which I answered, and s he told me to sit down saying that that was not her job. She complained to me that they had left her the work with me. So she began to ask me stuff and I answered.

She asked me if I had not wanted a declaration because in the documents said that I did one. I replied that there was none because the Officer had told me that a declaration was useless. Then she told me that the document would remain as a proof that I was there. So I told her that I would like to make one and she told me that it said that no. I insisted that I wanted to make a declaration, and she reluctantly began to write one. I began m y declaration making an oath and she  began to ask me questions. One after another and I would answer.  She asked me what language did I speak and I answered, Spanish but understand, write and read E nglish some 50%. S he told me to sign som e papers and I told her that those papers said that I have the right to an attorney and to a telephone call.

3

She replied that no because I w as not charged a nd she told m e to sign  where I accept. A t that moment I turned towards outside to seek my family and see that there is no one. She told me that they all had gone. I got scared.

She told me, you did not want to talk with the Consul? I replied that I was never told that. She told me, here says so. And then I asked her, what is it worth to me? She replied to me, for nothing. He only gives you suggestions. I asked her if he is like an attorney and she replied that he is not like an attorney. Attorneys do not enter here. Here she asked me if they have asked if I want something to eat. To that I said, no. So she asked me, do you want something to eat? I can warm up something for you. But by then, wha t's the use. You already have m ore than 8 hours here. She becam e very nervous seeing that I had not been offered som thing. At that moment the supervisor of the next shift arrived with another Officer. The Officer told the supervisor that this family has spent too much time here and the supervisor asked m e if I had been  offered anything to eat. I said, no. At that point Officer Flores said that she has already offered me. For the supervisor to hear. What she did not say is that she had just offered me. Then I heard that a lawyer was there. But he was not let in because he did not bring a form. That I did not understand because we had been told that an attorney could not come in an with that I imagined that they did not want us to have one. But my fa ther got one because he was very worried about us.

The Officer told me that it would be a long time before I could leave. Then more than a hour passed and she told me you sit down there and there you stay. During the time I was there I did not see that they would take m ore than two hours with     the pe rsonas t hey took for inspection. W  hy the discrimination of having me more than two hours and one half in one room, and then 2 more hours sitting. And when I was sitting wait  ing they never would com e to say anything, other than if I needed to go to the bathroom.

She had me sitting a long while until the Officer told me come sign here. I asked what is that you want me to sign and she would tell me, your signature. And I told her but what is this. I told her here it says that I have the right to an attorney to which she told me that I had no rights and told me put your initials. After I put my initials she once again told me to sit down. All the Officers that were there would look at me. All this time the supervisor was there and he would do nothing for me.

I remember it was already night and I still did not get out. My family was already worried and the Officer would not let me go. She asked me why I had a Mexican birth certificate to which I said that I had already m entioned to them  that I studied  in Mexico because my  parents could not live in Brownsville. I told her that I was working there and that I registered myself in Lopez High School and I left that and went to College. That I made the test of English and did not pass. That there I was told to study English, and I did that. That I enrolled in Vanguard but that the course was canceled because there were not very many students. I told all of that. Also I ask what was going to happen to my things and she would only tell me that she did not know. After so much time, I saw movement and when I got out, I found out that m y father had even called the pol ice to report that they had deprived us of our liberty. That for the long tim e that we were detained. Now we know why t he

4

Officer suddenly began to finish my papers. All the documents she had me sign were in English and I would ask her what is that I was signing and she would just tell me put your initials. For what I could read it said Spanish, but what I did not understand is why they gave me the documents in English if they knew I do not speak English.

At almost 9 pm, after being detained since almost 10am. the Officer told me that I could leave. Only sign here and I said, what is that. She said you have to sign where the supervisor says that he has already read your case. I told her how is it possible that he has already read it in only 20 minutes of about 11 hours that we were detained. It was when she handed me my bag and the bag of my sister. In was then when she told me that I was deported and you go back to Mexico. What I already want was to end it all because in all that time I did not know anything about my son who had stayed with his grandmother in Brownsville. I was going for him and to buy him diapers and by the way I was going to the Santa Maria Clinic to have a pregnancy check up. It was to that clinic where I had gone, ever since I learned that I was pregnant with my first child.

That Sunday August 23rd I had done a home test and it was positive to which I want to note that I could not do that test due to what happened and I had to do it in Mexico and the test was also positive. For that I made responsible the INS for whatever could happen to me. To Officer Eliseo Cabrera and the supervisors in turn and to those who result because my parents had to take me to a gynecologist who diagnosed that I have an urinary track infection  due to the many hours without going to the bathroom, clarifying that with not going to the bathroom in 3 hours generates the infection and that same infection creates a threat of a miscarriage and for that I am taking medicines.

I want moreover to say that neither Officer Cabrera nor Officer Flores asked me if I was feeling bad, and because of that I did not mention my pregnancy. I thought if I mentioned it they were going to believe that I was using it for my benefit. For what happened my mother suffered a nervous break down. Due to the trauma caused by Officer Eliseo Cabrera, on the other hand, my sister with her wounded vagina and my niece Camila with hypothermia and blue from the cold of the place and pink in her intimate parts for all the time she was dirty and without a change of diapers. For all that happened I hold responsible Officer Eliseo Cabrera and the supervisors on duty and the other Officers because they were aware of what going on during the time I was there deprived of my liberty and sequestered because they gave information about us to no one and denied that we were there, even though we were in my sister's van parked in the inspection area.

For all that happened, I demand and insist that something be done and that the Officers involved be prosecuted.

Sincerely,

LAURA NANCY CASTRO

AUGUST 28, 2009

5

CERTIFICATE OF TRANSLATION

I, Lisa S. Brodyaga, hereby certify that I am competent in the English and Spanish languages, and that the foregoing is a true and correct translation of the Spanish original to the best of my knowledge and belief, and in witness thereof, I have signed my name this 4th day of September, 2009.


  s/ Lisa S. Brodyaga

**STATEMENT OF**
**YULIANA TRINIDAD CASTRO**
**SPANISH ORIGINAL**

ESTE DIA 28 DE AGOSTO DEL 2009, YO YULIANA TRINIDAD CASTRO DECLARO LO SIGUIENTE:

ESTE PASADO 24 DE AGOSTO DEL 2009 LLEGE AL PUENTE VIEJO COMO A 9:40 O 10:0O DE LA MANANA CON MI HIJA, MI HERMANA Y MI MAMA Y ME RECIVIO EL OFFICIAL CABRERA. LE PRESENTE MIS DOCUMENTOS (MI ACTA DE NACIMIENTO, MI I.D. Y EL RECIBO DE QUE HABIA APLICADO POR MI PASSAPORTE) Y LOS DOCUMENTOS DE TEXAS DE MI HIJA CAMILA DE 4 SEMANAS (ACTA DE NACIMIENTO DEL HOSPITAL DE MI HIJA CAMILA ABIGAIL ▮▮▮▮▮▮). MI HERMANA LAURA NANCY PRESENTO SU PASAPORTE Y MI MAMA TRINIDAD SU VISA LASER.

EL OFICIAL ME PREGUNTO POR EL TRAMITE DE MI PASAPORTE. EL ME PREGUNTO QUE CUANDO HABIA SIDO LA ULTIMA VES QUE HABIA MANDADO DOCUMENTOS. YO LE CONTESTE QUE HABIA SIDO EL 30 DE JULIO DE ESTE MISMO ANO. LE DIJE QUE TRAIA EL RECIBO. EL OFICIAL ME IGNORO Y NOS MANDO A REVISION. YO ERA LA QUE VENIA MANEJANDO LA CAMIONETA Y ME FUI AL AREA DE REVISION DONDE PARE EL CARRO.

EL OFICIAL NOS DIJO QUE NOS BAJARAMOS Y QUE PASARAMOS PARA ADENTRO. YO TOME EL PORTABEBE DE MI HIJA Y NOS METIERON A DONDE SE PIDEN LOS PERMISOS. OTRO OFICIAL DE MIGRACION ME DIJO QUE PASARA, Y TUVE QUE DEJAR A MI HIJA CON MI MAMA Y MI HERMANA PARA QUE ME LA CUIDARAN.

CUANDO PASE ME QUITARON TODO LO QUE TRAIA MI BOLSA, MI CELULAR Y LAS LLAVES DE LA CAMIONETA. ME SENTE EN UNA DE LAS SILLAS DE LA OFICINA Y ESPERE A QUE ME ATENDIERAN. DE REPENTE UN OFICIAL QUE ESTABA EN SU ESCRITORIO ME PREGUNTO QUE DONDE HABIA NACIDO? YO LE CONTESTE QUE EN BROWNSVILLE TEXAS.

DESPUES DE 30 MINUTOS DE ESTAR EN LA OFICINA (ERAN COMO LAS 10:30 DE LA MANANA) ME LLEVARON OTRA VEZ A DONDE SE SACAN LOS PERMISOS Y ESTABA MI MAMA CON MI HIJA Y MI HERMANA. AHÍ FUE CUANDO EL OFICIAL ELISEO CABRERA LE DIJO A MI MAMA QUE PASARA ADENTRO DE LAS OFICINAS.

AHORA, NOS QUEDAMOS EN EL AREA DONDE SE SACAN LOS PERMISOS JUNTO CONMIGO MI HERMANA Y MI HIJA. EL AREA DE ESPERA ESTABA MUY FRIA Y JUNTO CON NOSOTRAS ESTABAN ESPERANDO UNOS CUBANOS. PARA ESTO MI BEBE CAMILA ESTABA LLORANDO PORQUE TENIA MUCHA HAMBRE. YA ERAN LAS 11:30 DE LA MANANA Y ELLA COME A LAS 10:30 AM. MI BEBE ES UNA RECIEN NACIDA Y COME CADA 3 O 4 HORAS.

YO VEIA QUE EL OFICIAL CABRERA SALIA DEL CUARTO DONDE TENIAN A MI MAMA PERO NO VENIA A DONDE ESTABAMOS NOSOTROS. DESPUES DE TANTO LLORAR YO LE DIJE AL OFICIAL ELISEO CABRERA QUE MI BEBE TENIA MUCHA HAMBRE. LE DIJE QUE SI PODIA TRAERME O DEJARME IR A MI CAMIONETA POR LA PANALERA. EL OFICIAL ME DEJO IR POR ELLA Y REGRESE A DARLE DE COMER A MI HIJA. SIN EMBARGO DE LO FRIO QUE ESTABA MI BEBE SE HIZO DEL BANO Y SU ROPA SE MOJO. ASI QUE LE CAMBIE EL PANAL Y LA ROPA. NO TUVE MAS OPCION QUE CAMBIARLA EN UNA DE LAS SILLAS DE LA AREA DE ESPERA POR QUE NO HABIA OTRO LUGAR ADECUADO DONDE LA PUDIERA CAMBIAR.

AUNQUE PARESCA MENTIRA UN OFICIAL QUE ESTABA EN UNA DE LAS VENTANILLA SE ESTABA RIENDO DE NOSOTRAS YA QUE MI HERMANA ESTABA TAPANDO A MI HIJA MIENTRAS LA CAMBIABA CON UN CAMBIO DE ROPA QUE YO TRAIA. YO SIEMPRE TRAIGO UN CAMBIO EXTRA,

DESPUES DE 3 HORAS (COMO A LAS 2:30 DE LA TARDE) SALIO EL OFICIAL CABRERA Y NOS DIJO A MI Y A MI HERMANA QUE PODIAMOS IR A COMER. SU TONO ERA SARCASTICO YA QUE EL SABIA

QUE NOS PODIAMOS IR A NINGUN LUGAR YA QU EL NOS HABIA QUITADO LAS LLAVES DE LA CAMIONETA Y LAS BOLSAS PERSONALES DE TODAS NOSOTRAS EN LAS CUALES TRAIAMOS EL DINERO. A PARTE A DONDE PODIAMOS IR A PIE CON UNA NINA RECIEN NACIDA. ADEMAS NO IVAMOS A DEJAR A MI MAMA. NO SABIAMOS NADA DE ELLA, NI QUE ESTABA PASANDO.

COMO LES DIJE ANTERIORMENTE, ESPERANDO CON NOSOTROS ESTABA UNA PAREJA DE CUBANOS QUE TENIAN A UN NINO DE CÓMO 11 ANOS DE EDAD. ENFRENTE DE MI EL SUPERVISOR LES PREGUNTO QUE SI YA HABIAN COMIDO Y ELLOS RESPONDIERON QUE NO. EL SUPERVISOR LES TRAJO COMIDA. EN CAMBIO, A NOSOTROS, QUE SOMOS CIUDADANOS DE LOS EEUU, CON UNA BEBE RECIEN NACIDA, LA CUAL ES CIUDADANA ESTADOUNIDENSE TAMBIEN, NI NOS PREGUNTO SI TENIAMOS HAMBRE, NI NOS OFRECIO COMIDA.

COMO CASI A LAS 3 DE LA TARDE LLEGO ALPUENTE UNA TIA MIA MUY ASUSTADA BUSCANDONOS. AL PARECER MI PAPA LE HABIA HABLADO PARA QUE NOS VINIERA A BUSCAR. MI PAPA NOS ESTABA HABLANDO POR TELEFONO Y NO LE CONTESTABAMOS. PORQUE NOS QUITARON EL TELEFONO.

EN ESO LLEGA EL OFICIAL ELISEO CABRERA Y NOS DICE QUE PASARAMOS ERAN COMO LAS 3:15. PARA ESTO YA HABIAN PASADO 5 HORAS DESDE QUE NOS DETUVIERON. YO LE PREGUNTE AL OFICIAL Y QUIEN VA A CUIDAR A MI BEBE? EL ME DIJO QUE SE LO DEJARA A MI TIA. OBIAMENTE QUE NO TUVE MAS QUE HACER QUE DEJARLE EL BEBE A MI TIA.

EL OFICIAL ME PASO PRIMERO A MI A UN CUARTO Y A MI HERMANA LA DEJARON FUERA DEL CUARTO SENTADA EN UNA SILLA. QUISIERA DECIRLE QUE DURANTE ESTE TIEMPO EL OFICIAL JAMAS ME PREGUNTO QUE SI QUERIAMOS ALGO O QUE SI NECESITABAMOS IR AL BANO. YO ENTRE A ESTE CUARTO SIN SABER PORQUE RAZON ESTABA AHI, FUE ENTONCES CUANDO EL ME DIJO QUE YO ERA MEXICANA. YO LE CONTESTE QUE ESO ERA UNA MENTIRA. QUE YO ERA CIUDADANA AMERICANA. QUE EN MIS 25 ANOS DE VIDA NUNCA HABIA PASADO POR ESTO. SIN EMBARGO EL OFICIAL ELISEO CABRERA SEGUIA HOSTIGANDOME GRITANDOME Y DICIENDOME QUE ERA UNA MEXICANA Y QUE ME IBA A DEPORTAR, YO LE REPETIA UNA Y OTRA VES QUE YO ERA UNA CIUDADANA DE LOS EEUU. LE DIJE QUE SI QUERIA YO LE CONSEGUIA DOCUMENTOS QUE ESTABLECEN QUE SOY CIUDADANA AMERICANA Y TAMBIEN LE DIJE QUE EL ME DEJARA VER LAS PRUEBAS QUE EL TENIA QUE YO ERA MEXICANA. YO LE DIJE QUE NO POR EL HECHO DE QUE MI MAMA SE ALIVIO CON PARTERA YO NO HABIA NACIDO EN LOS EEUU.  . QUE POR QUE NO BUSCABAN A LA PARTERA TRINIDAD SALDIVAR PARA QUE LA INVESTIGARA Y ASI SE CONVENCIERA QUE YO ERA CIUDADANA DE LOS EEUU.

EL OFICIAL ELISEO CABRERA ME DIJO QUE NO, QUE NO SERVIA DE NADA TRAER A LA PARTERA. YO DESESPERADA LE DIJE QUE TAMBIEN TENIA UNOS DOCUMENTOS DE UN LABORATORIO EN BROWNSVILLE DONDE DECIA QUE A MI MAMA LE HABIAN SACADO SANGRE POR QUE TENIA UN TIPO DE SANGRE NO COMUN Y EN CADA PARTO LE TENIAN QUE PONER UNA VACUNA Y QUE HABIA TAMBIEN OTRO DOCUMENTO DONDE AMI AL DIA SIGUIETE DE NACIDA ME SACARON SANGRE PARA SERCIORARSE QUE NO TUVIERA EL MISMO TIPO DE SANGRE QUE MI MAMA. EL OFICIAL ME DIJO QUE ESO NO SERVIA. YO LE DIJE QUE POR QUE? QUE ESOS DOCUMENTOS LOS HABIA SACADO YO PARA EL TRAMITE DE PASAPORTE. EL ME VOLVIO A DECIR QUE ESOS DOCUMENTOS NO SIRVEN DE NADA.

YO ENTONCES LE DIJE , SI YO FUERA MEXICANA PORQUE LE DIERON EL PASSAPORTE A MI HERMANA? EL ME CONTESTO EN TONO SARCASTICO QUE SE LO DIERON PORQUE LO REVISO EL

2

CASO UNA GENTE INEXPERTA SIN EXPERIENCIA. ENTONCES ME EMPEZO A TOMAR HUELLAS Y UNA FOTO. ENTONCES YO LE DIJE AL OFICIAL QUE QUERIA UN ABOGADO. EL ME DIJO QUE NO SE PODIA POR QUE NO ME IBA A SERVIR DE NADA.

CADA RATO EL OFICIAL SALIA DEL CUARTO Y ENTRABA. CREO QUE LE HECHABA LLAVE AL CUARTO PERO NO ESTOY SEGURA. YO ESTABA ADENTRO MUY ASUSTADA Y PREOCUPADA POR MI BEBE. NO SABIA NADA DE MI BEBE.

EL OFICIAL ELISEO CABRERA ENTONCES REGRESO UNA VEZ MAS Y ME DIJO QUE PORQUE ESTABA EN MEXICO? YO LE CONTESTE QUE ESTABA EN MEXICO CON MI MAMA YA QUE MI ESPOSO TRABAJABA PARA UNA REFINERIA DE TEXAS QUE TIENE PROJECTOS EN DIFERENTES LUGARES Y QUE EN ESOS MOMENTO MI ESPOSO ESTABA HACIENDO UN TRABAJO EN ARKANSAS. TAMBIEN LE DIJE QUE NO ME PODIA IR CON EL POR QUE ME ACABA YO DE ALIVIARME. LE DIJE QUE SE ME HABIA COMPLICADO TODO DEBIDO A UNA INFECCION EN LAS VIAS URINARIAS Y ESTA INFECION SE ME HABIA PASADO A LOS RINONES. ADEMAS QUE MIS PUNTADA SE HABIAN ABIERTO Y QUE NI SIQUIERA HABIA PASADO LA CUARENTENA TAMBIEN QUE TENIA QUE LLEVAR A LA NINA AL MEDICO. FUE ENTONCES CUANDO EL OFICIAL CABRERA ME DIJO QUE TENIA DERECHO A CONTACTAR A UN ABOGADO, QUE PODIA HACER UNA LLAMADA Y QUE TODO LO QUE DIJERA SERIA UTILIZADO EN CONTRA MIA.

ENTONCES YO LE DIJE QUE SI ME DICIA QUE TENIA DERECHO A UN ABOGADO QUE POR QUE NO ME DEJABA HABLARLE A UNO Y ME DIJO QUE NO LE PODIA HABLAR Y QUE SU DEBER ES SOLO LEER MIS DERECHOS Y QUE NO TENIA DERECHO A UN ABOGADO A MENOS DE QUE LE PUSIERA CARGOS. EL OFICIAL ENTONCES ME DIJO QUE FIRMARA UNOS PAPELES. YO LE DIJE QUE NO IBA A FIRMAR NINGUNOS PAPELES. EL OFICIAL ENTONCES ME AMENAZO Y ME DIJO QUE SI NO FIRMABA ME IVA A LEVANTAR CARGOS. ADEMAS ME DIJO QUE AUNQUE NO FIRMARA EL ME IVA A DEPORTAR. TAMBIEN ME DIJO QUE SI ME DEPORTABA IVA A PERDER LA OPORTUNIDAD DE EMIGRAR POR MI ESPOSO. YO LE DIJE QUE COMO IBA HACER POSIBLE QUE SI YO ERA CIUDADANA AMERICANA IBA HACER AHORA RESIDENTE. EL OFICIAL ELISEO CABRERA ME CONTESTO, TU NO ERES AMERICANA. TU ERES MEXICANA. YO LE CONTESTABA NO SOY MEXICANA, YO SOY CIUDADANA AMERICANA.

SIN EMBARGO ME CANSE. DESPUES DE UN RATO ME DI CUENTA QUE NO TENIA SOLUCION YA QUE ME HABIA DICHO QUE POR MAS QUE HICIERA YO ERA MEXICANA PARA EL.

TODO EL TIEMPO EL OFICIAL ELISEO CABRERA SE COMPORTO MUY PREPOTENTE Y GROSERO. EN ESOS MOMENTOS PARA MI LO MAS IMPORTANTE ERA MI BEBE. YA QUE HABIA PASADO MUCHAS HORAS Y MI BEBE NO TENIA NI COMIDA NI PANALES Y SE ME PODIA ROZAR. TAMBIEN NO ESTABA SEGURA EN DONDE ESTABA MI BEBE Y LE PREGUNTE AL OFICIAL POR MI MAMA EL ME DIJO QUE ESTABA EN OTRO CUARTO, ENTONCES ME EMPECE A PREOCUPAR MUCHO.

TAMBIEN RECUERDO HABER OIDO QUE UN PRIMO LLEGO AL AREA DE ESPERA A PREGUNAR POR NOSOTRAS. OI QUE LO HABIAN SACADO Y ENTONCES EMPEZE A PENSAR QUE A MI TIA, LA MAMA DE MI PRIMO, TAMBIEN LA HABIAN SACADO. Y YO ME PREOCUPE MAS. POR QUE PENSABA CON QUIEN ESTA MI HIJA.

ENTONCES EL OFICIAL ENTRO UNA VES MAS AL CUARTO Y EN UNA FORMA BURLONA ME DIJO QUE SI MI PRIMO ERA ABOGADO. YO LE DIJE QUE NO. PERO LE DIJE QUE MI HERMANA SI ERA ABOGADA. SIN EMBARGO AL VER TODO LO QUE ESTABA PASANDO. MI HERMANA EMBARAZADA.

3

MI MAMA DETENIDA Y CON PRESION ALTA Y SIN SABER NADA DE ELLA. Y SOBRE TODO QUE NO SABIA NADA DE MI BEBE RECIEN NACIDO QUE YO DECIDI QUE NO TENIA MAS OPCION MAS QUE FIRMAR EL DOCUMENTO QUE OFICIAL CABRERA QUERIA QUE FIRMARA.

SIN EMBARGO ANTES DE FIRMAR LE DIJE QUE NO QUERIA FIRMAR NADA QUE DIJERA QUE YO ERA MEXICANA. YO LE INSITIA QUE YO SOY CIUDADANA AMERICANA. EL OFICIAL ME DIJO QUE ESTABA BIEN. ENTONCES EL ME DIJO QUE SI QUERIA DECIR ALGO. YO LE PREGUNTE QUE SI SERVIA PARA ALGO Y EL ME DIJO QUE NO SERVIA PARA NADA. QUE YO ERA MEXICANA Y QUE HICIERA LO QUE HICIERA IBA A SER MEXICANA. YO LE VOLVI A DECIRE QUE NO ERA JUSTO POR QUE YO HABIA NACIDO EN BROWNSVILLE.

TAMBIEN EL OFICIAL CABRERA ME PREGUNTO QUE SI YO QUERIA HABLAR CON UN SUPERVISOR? YO LE DIJE QUE SI. Y ENTONCES EL ME DIJO QUE PARA QUE SI EL SUPERVISOR NO HABLABA ESPANOL. ASI QUE NUNCA PUDE HABLAR CON EL SUPERVISOR. CUANDO FIRME LE DIJE AL OFICIAL QUE YA HABIA FIRMADO LO QUE EL QUERIA Y QUE SI POR FAVOR AHORA ME DABA MI TELEFONO PARA HABLAR CON MI ESPOSO. YO SABIA QUE MI ESPOSO IBA A ESTAR PREOCUPADO POR NOSOTROS. EL OFICIAL ME DIJO QUE NO.

AL SALIR EL OFICIAL ME DIJO EN FORMA AMENAZANTE: "Y DI QUE TE TRATE BIEN. Y QUE TE FUE BIEN." SALI DEL CUARTO Y EL METIO A MI HERMANA AL CUARTO. YO ESTUVE EN ESE CUARTO APROXIMADAMENTE 2 HORAS ENCERRADA.

ME SENTARON EN UNA SILLA AFUERA DEL CUARTO QUE ESTABA YO ANTES Y QUE METIERON A MI HERMANA. EN EL AREA HABIA UNOS ESCRITORIOS Y EN EL ESCRITORIO DEL OFICIAL FLORES ESTABA MI BOLSA. EL OFICIAL FLORES ME PREGUNTO QUE SI ERA MI BOLSA Y YO LE DIJE QUE SI Y QUE LAS LLAVES TAMBIEN. ELLA ME PREGUNTO QUE SI ESTABA PROCESADA, YO NO SABIA A QUE SE REFERIA PERO CON TAL DE QUE ME DEJARAN DE ACOSAR LE DIJE QUE SI.

UNOS MOMENTOS DESPUES LLEGO UN OFICIAL Y EL OFICIAL ELISEO CABRERA LE DIJO MUY EMOCIONADO AL OFICIAL QUE ACABABA DE ENTRAR (NO SE INGLES-PERO ME DI CUENTA QUE ERA DE NOSOTROS YA QUE ME HABIA DICHO ANTES QUE ERAMOS SU TERCER CASO QUE EL DETENIA A PERSONAS QUE SUPUESTAMENTE NO ERAN CIUDADANAS) QUE ESTE ERA UN CASO MAS DE GENTE QUE TENIA PAPELES FALSOS Y APARTE POR QUE SE ME QUEDARON VIENDO.

DESPUES DE UNA HORA COMO A LAS 5:45 LE DIJE AL OFICIAL ELISEO CABRERA QUE SI PODIA SALIR Y QUE SI ME PODIAN DAR MI BOLSA. EL OFICIAL ME DIJO QUE NO, ENTONCES SACO MI CARTERA PARA VOLVER A CHECAR QUE NO TRAJERA ALGUN DOCUMENTO O IDENTIFICACION AMERICANA. AL FINALISAR EL CHEQUEO DE MI BOLSA NO ME LA DEVOLVIO, DESPUES DEL CHEQUEO DE MI BOLSO LE PREGUNTE POR SEGUNDA VEZ QUE SI PODIA SALIR Y ME DIJO QUE SI. AL SALIR DE ESTA AREA VI QUE MI MAMA YA ESTABA AFUERA CON MI BEBE. MI MAMA SE VEIA TODA ASUSTADA POR TODO LO QUE LE HABIA PASADO DURANTE ESAS HORAS DE HOSTIGAMIENTO. MI BEBE ESTABA TODA SUCIA Y YO SIN PODER CAMBIARLA. LA SALA DE ESPERA ESTABA DEMASIADO FRIA. POR ESO ME ACERQUE A UN OFICIAL EN LA VENTANILLA Y LE PREGUNTE QUE SI TODAVIA SE IVA A TARDAR MUCHO MI HERMANA. EL OFICIAL ME DIJO QUE NO SABIA. ENTONCES YO LE PEDI QUE SI PORFAVOR LE PODIA SUBIR LA TEMPERATURA AL AIRE ACONDICIONADO. EL OFICIAL ME DIJO QUE NO QUE POR QUE ESTABA FIJO.

DESPUES LE PEDI AL OFICIAL QUE SI PODIA IR AL BANO Y EL OFICIAL ME DIJO QUE SI. ENTONCES ME FUI AL BANO PORQUE YA TENIA MAS DE 8 HORAS SIN HABER IDO. ENTONCES CREO QUE EL

OFICIAL DE LA VENTANILLA LE HABLO AL OFICIAL FLORES Y FUE CUANDO ELLA VINO Y NOS DIJO QUE NOS PODIAMOS IR A LA CAMIONETA A ESPERAR. ELLA NO NOS DIO LAS LLAVES DEL CARRO. MI MAMA Y YO NOS FUIMOS AL CARRO CON MI HIJA POR QUE ESTABA MUY FRIO EN LA SALA DE ESPERA PARA MI BEBE

AL LLEGAR ALA CAMIONETA NOS DIMOS CUENTA DE QUE TODOS LOS VIDRIOS ESTABAN ARRIBA. SOLO UNO ESTABA A LA MITAD. PERO NO TENIAMOS MAS OPCIONES MAS QUE ESPERAR EN EL CALOR YO, YULIANA, MI MADRE Y MI HIJA YA QUE MI HERMANA NO LLEGABA.

ENTONCES MI PAPA Y MI PRIMO EN SU DESESPERACION POR VER QUE NO NOS DEJABAN IR CONTRATARON A UN ABOGADO. TAMBIEN MI PAPA LE HABLO A MI ESPOSO PARA DECIRLE LO QUE ESTABA PASANDO YA QUE MI ESPOSO ESTABA FUERA DE LA CIUDAD TRABAJANDO. ENTONCES MI ESPOSO AL SENTIR IMPOTENCIA POR NO PODER IR LE HABLO A MI SUEGRA PARA QUE MI INFORMARA DE MI HIJA YA QUE SABIA QUE TENIA CITA CON UN DOCTOR EN BROWNSVILLE PARA REVISARLA.

COMO A LAS 7:30 DE LA NOCHE LLEGO AL PUENTE MI SUEGRA Y MI CUÑADO. VI QUE ELLOS LE PIDIERON PERMISO AL OFICIAL DE QUE SI PODIAN IR CON NOSOTRAS Y LES DIJERON QUE SI. ELLOS LLEGARON Y NOS DIJERON QUE SI NECESITABAMOS ALGO Y YO LE DIJE QUE SI. QUE LO QUE NECESITABA ERA COMIDA PARA MI BEBE Y PANALES YA QUE SE ME HABIAN ACABADO. NO TRAIA MAS POR QUE MI PLAN ERA IR POR UNAS HORAS A BROWNSVILLE A CHECAR A MI HIJA Y REGRESAR A CASA DE MI MADRE.

COMO A LAS 8 DE LA NOCHE LLEGO UNA PATRULLA DE LA CIUDAD DE BROWNSVILLE A LEVANTAR UN REPORTE DE LO QUE ESTABA PASANDO. MI FAMILIA LE HABLO A LA POLICIA DE BROWNSVILLE PARA DECIRLES QUE NO NOS DEJABAN SALIR. YO QUERIA QUE LLEGARA ATENCION MEDICA PARA MI BEBE PARA SABER SI NO ESTABA DESHIDRATADA PERO NO LO PUDE HACER YA QUE NO ME DEJABAN HABLAR POR MI TELEFONO POR QUE TODAVIA TENIAN MIS COSAS (BOLSA,LLAVES Y CEL.)

DESPUES DE UNA HORA MAS, ES DECIR COMO A LAS 9 DE LA NOCHE SALIO MI HERMANA CON LAS LLAVES DE LA CAMIONETA Y MI BOLSA Y UN OFICIAL NOS DIJO USTEDES VAN PARA MEXICO Y NOS ABRIO CAMINO HACIA EL CARRIL DE REGRESO.

QUIERO RECALCARLE QUE DURANTE ESTE TIEMPO FUIMOS MALTRATADAS, HOSTIGADAS Y FUERON NEGLIGENTES CON MI BEBE QUE ES TAMBIEN CIUDADANA AMERICANA Y RECIEN NACIDA. QUE DURANTE EL TIEMPO QUE ESTUVIMOS AHÍ NO HUBO NI SIQUIERA POR NINGUN OFICIAL UNA PREGUNTA PARA VER COMO ESTABA MI HIJA. INCLUSO NI DE LOS SUPERVISORES EN TURNO. YA QUE SE ENFOCABAN MAS EN NOSOTRAS. EXIBIENDONOS COMO CRIMINALES A CADA UNO DE LOS OFICIALES QUE ENTRABAN

POR ULTIMO HAGO RESPONSABLE AL OFICIAL ELISEO CABRERA Y DEMAS OFICIALES SUPERVISORES EN LOS TURNOS QUE ESTUVIMOS POR SI ALGO LE LLEGA A PASAR A MI BEBE. YA QUE YO LA LLEVABA AL DOCTOR Y YA NO PUDE A PARTE DE TODO LO QUE PASO YA QUE FUE MUY EXTREMO PARA ELLA DEMASIADAS HORAS MUCHO FRIO Y DESPUES EL CALOR EN LA CAMIONETA CUANDO ESTUVIMOS AHI. DE LOS PROBLEMAS QUE ME ESTAN CAUSANDO EN MI VIDA AL NEGARME LA ENTRADA A MI PAIS POR QUE TENGO QUE SEGUIR TRATANDO CON MI DOCTOR AL NO PODER CUMPLIR MI CUARENTENA Y NO CERRARSE AUN MIS PUNTOS POR TAL MOTIVO TENGO QUE SEGUIR CHECANDO CON MI DOCTOR, AL IGUAL DE TODO LO QUE SUFRI

5

ESTANDO AHI POR PARTE DEL OFICIAL CABRERA DE HOSTIGAMIENTO, AMENAZAS Y LO QUE RESULTE.

ATTE:
YULIANA TRINIDAD CASTRO
28 DE AGOSTO DEL 2009.

6

# STATEMENT OF
# YULIANA TRINIDAD CASTRO
# TRANSLATED

On August 28, 2009, I, Yuliana Trinidad Castro declare as follows:

This past August 24, 2009, I arrived at the Old Bridge at around 9:40 or 10:00 a.m., with my daughter, my sister and my mother, and was received by Officer Cabrera. I showed him my documents (my birth certificate, ID and the receipt showing that I had applied for a passport), and the Texas documents for my daughter Camila, four weeks old (the hospital birth certificate of my daughter Camila Abigail  XXXXXXXX).  My sister Laura Nancy showed her passport, and my mother, Trinidad, her laser visa.

The Officer asked about the proceedings of my passport. He asked me when was the last time I had sent documents. I replied that it had been on July 30th of this year. I told him that I had the receipt with me. The Officer ignored us and sent us to inspection. I was the one who was driving the truck, and I drove to the inspection area, where I parked the car.

The Officer told us to get down and to go inside. I took my daughter's baby carrier, and we were taken to the area where people ask for permits. Another immigration officer told me to come in, and I had to leave my daughter with my mother and my sister, for them to take care of her for me.

When I walked in, they confiscated everything that I had in my bag, my cell phone and the keys for the truck. I sat in a chair of the office and waited to be heard. Suddenly an Officer asked me from his desk where I was born? I replied, in Brownsville, Texas.

After 30 minutes in the office (around 10:30 a.m) I was taken again to the place where they give out permits, and there were my mother with my daughter and my sister. It was then that Officer Cabrera told my mother to go into the office.

Now, I was with my sister and my daughter in the area of the permits. The waiting area was very cold and near us there were some Cubans.  My baby Camila was crying because she was very hungry. It was already 11:30 a.m. and she eats at 10:30 a.m. My baby is a newborn, and she eats every 3 or 4 hours.

I would see Officer Cabrera leaving the room where they had my mother but he did not come to where we were.  After much crying I told Officer Elise Cabrera that my baby was very hungry. I asked him if he would bring me or let me go to my truck for the diaper bag. The Officer let me go for it and I returned to feed my daughter. However, due to the cold, my baby had soiled her diaper and her clothes were wet. So I changed her diaper and her clothes. Since there were people in the waiting area there was no place to

change her, so I had to change the diaper of my daughter in the chair of the waiting area, because there was no other place suitable for changing her.

Even though it may sound like a lie an Officer who was in one of the service windows was laughing at us because my sister was trying to cover my daughter while I changed her clothes with clothes that I had. I always carry an extra change of clothes.

After about 3 hours (about 2:30 p.m.) Officer Cabrera appeared and told my sister and me that we could go to eat. His tone was sarcastic because he knew we could go nowhere because he had confiscated the keys for my truck and our personal bags of each of us, where we kept our money.  Moreover, where could we go on foot with a newborn baby.  Plus, we were not going to leave my mother. We knew nothing about her, or what was going on.

As I said before, waiting with us there was a couple from Cuba who had a son, more or less 11 years old. In front of me the supervisor asked them if they had already eaten and they replied that they had not. The supervisor brought them food. To us, on the other hand, who are citizens of the United States, with a newborn baby, he did not ask if we were hungry, nor did he offer us food.

At about 3 p.m. an aunt of mine came to the bridge, very frightened, looking for us. Apparently my father called her to come look for us.  My father was calling us on the phone, and we did not answer. We did not answer because they had confiscated our phone.

Then Officer Cabrera came and told us to go in.  By then, it was about 3:15, and 5 hours   had already passed  since we had been detained.  I asked the Officer who was going to take care of my baby? He told me to leave the child with my aunt.  Obviously I had no choice but to leave my baby with my aunt.

The Officer put me first in a room and left my sister outside the room sitting in a chair. I would like to tell you that during this time the Officer never asked if we needed anything or if we needed to use the bathroom. I entered that room without knowing the reason I was there, it was then that he told me I was a Mexican. I replied to him that was a lie. That I am an American citizen. That in my 25 years of life never had I gone through this. However, the Officer continued harassing me, yelling at me, and telling me that I was a Mexican and that he was going to deport me. I kept repeating again and again that I am a citizen of the United States. I told him that if he wanted I would get documents proving that I was an American

2

citizen, and I also told him that he should show me the evidence he had that I was a Mexican. I told him that just because my mother had been helped by a midwife did not mean that I had not been born in the United States. That why did they not find midwife Trinidad Saldivar to investigate her and thus he would be convinced that I am a citizen of the United States.

Officer Eliseo Cabrera told me no, that it would not do any good to bring the midwife. I was desperate. I told him that I also had some documents from a laboratory in Brownsville where it showed that they had drawn blood from my mother because she had a rare blood type and that in each childbirth they would have to vaccinate her and that there is also another document where it said that the day after my birth blood was drawn from me to make certain I did not have the same type of blood as my mother. The Officer said that it was useless. I asked him, why? That I had obtained those documents for the processing of my passport.  He told me again that those documents were worthless.

Then I told him, why if I am   a Mexican was my sister given a passport? He  replied in a sarcastic tone that she was given a passport because her case was reviewed by unskilled people without experience.  He then began to take my fingerprints and a photo.  I then told the Officer that I wanted an attorney. He told me that I could not because it would not do me any good.

The Officer would repeatedly go in and out of the room. I believe he would lock the room with a key, but I am not sure. I was inside very scared and worried for my baby. I knew nothing about my baby.

Officer Eliseo Cabrera then returned one more time and told me, why I was in Mexico? I replied that I   was in Mexico with my mother because my husband works for a Texas refinery that had projects in different places. That at the moment my husband was working in Arkansas. I also told him that I and my baby could not go with him because I had just given birth. I told him that it had been complicated for me because I had gotten a urinary track infection and that the infection had gone to the kidneys. Moreover my stitches had come open and it was not even 40 days and also I had to take my daughter to the doctor.  That was when the Officer told me that I had the right to contact an attorney and that everything I said would be used against me.

I then told him that if he said that I had a right to an attorney, why wouldn't he let me call one,  and he told me  that I couldn't

call, that it was his responsibility just to read me my rights, and that I did not have the right to an attorney unless I was going to be charged.  The Officer then told me to sign some papers. I told him that I was not going to sign any papers.  The officer then threatened me and told me that if I did not sign he was going to put some charges against me.  Moreover he told me that even if I did not sign, he was going to deport me.  He also told me that if he deported me I would lose the opportunity to immigrate though my husband. I told him that how could it be possible that if I am an American citizen, I was going to become a resident. The Officer replied to me, You are not American. You are Mexican. I would reply No. I am an American citizen.

However, I got tired. After a while I realized that I had no way out, since he had told me that no matter what I did, to him I was a Mexican.

All this time Officer Eliso Cabrera behaved in a very imperious and gross manner.  In those moments t he most important thing was my baby. Several hours had passed already and my baby did not have either food or diapers, and she could get a diaper rash. Also, I was not sure where my baby was, and I asked the official about my mother. He said she was in another room. Then I really began to worry.

I also remember having heard that a cousin had come to the waiting room to ask about us. I heard that he had been sent away and then I began to think that my aunt, my cousin's mother, had been also sent away. And I worried even more. Because I thought, who was my daughter with?

The Officer then once again came to the room and in a mocking way asked me that if my cousin was an attorney. I told him no. But I told him that my sister was an attorney. However, seeing all that was going on. My sister pregnant. My mother detained, and with high blood pressure, and I did not know anything about her. And above all, I knew nothing about my newborn baby. I decided that I had no choice but to sign the document Officer Cabrera wanted me to sign.

However, before signing I told him that I did not want to sign anything that said that I was a Mexican. I insisted with him that I am an American citizen. The Officer told me that it was all right. Then he asked me if I had anything to say. I asked if it would be worth anything, and he told me that it was useless. That I was a Mexican and that no matter what I did I would be a Mexican. I told him that it was not fair because I was born in Brownsville.

4

Officer Cabrera also asked if I wanted to talk with a supervisor.
I told him yes. He then said what for, because the supervisor does
not know how Spanish. So I never could talk with the supervisor.
When I signed I told the Officer I had signed what he wanted me to
and that to please give me my telephone back to talk with my
husband. I knew my husband was going to be worried for us. The
Officer told me no.

When the Officer left the room he told me in a threatening way:
"And say that I treated you well. And that all went well for you."
I left the room, and he took my sister in. I was in that room for
two hours, more or less.

They sat me down in a chair outside the room where I had been
before, and where they had put my sister. There were some desks in
the area, and on the desk of Ms. Flores was my bag.  Officer Flores
asked me if that was my bag. I said yes and also the keys. She
asked if I had been processed. I didn't know what she was talking
about, but since they had quit persecuting me, I told her yes.

A few moments later an Officer arrived, and Officer Cabrera shouted
very emotionally at the Officer who had just come in, (I do not
know English, but I understood that it was about us because he had
told me that we were the third case he had detained of people who
supposedly were not citizens). That this was another case of people
with false papers, and besides, why did they keep staring at me.

After an hour, at about 5:45, I asked the Officer if I could go out
and if he could give me my bag back. The Officer told me no, then
he got my purse and went through it again to see whether I had some
document or identification that was American, and when he was
through searching my bag, he did not give it back to me.  After he
finished searching my bag I asked him again if I could go out, and
he said yes.  When I got out of that area I saw that my mother was
already there with my baby. My mother looked very frightened due to
everything that had happened during those hours of harassment.  My
baby was all dirty and I could not change her. The room was much
too cold. That's why I approached an Officer at a window and I
asked him if my sister was going to be a long time. The Officer
told me he did not know. Then I asked him if he could lower the AC
and he told me that he could not.  It was set up that way.

Then I asked the Officer if I could go to the bathroom and he told
me yes. So I went because I already had more than 8 hours without
using one. Then I believe the Officer    at the window  talked to

5

Officer Flores and it was then that she came and told us that we could go to the truck to wait. She did not give us the keys to the car.  My mother and I went to the car with my daughter because it was too cold in the waiting room for my baby.

When we got to the truck we noticed that all the windows were closed, only one was half open. But we had no choice but to wait in the heat, my mother, the baby and I.  My sister did not arrive.

Then my father and my cousin in their desperation seeing that they did not let us go hired a lawyer.  Also my father called my husband to tell him what was going on, since he was working out of town. My husband, feeling helpless because he could not go, called my mother-in-law to tell me about my daughter because he knew I had an appointment for her to see a doctor in Brownsville.

About 7:30 p.m. my mother-in-law and my brother-in-law came to the bridge.  I saw that they asked the Officers if they could come to see us, and they told them yes. They came to us and asked us if we needed anything and I told them yes, we needed food for my baby and diapers because they had all been used up. I had not brought much because my plan was to go for a few hours to Brownsville to have my daughter checked.

Around 8 p.m. arrived a patrolman from Brownsville to make a report about what was going on. My family had called the Brownsville police to tell them that we were not allowed to leave. I wanted to get medical attention for my baby to be sure that she was not de-hydrated, but could not do so because they would not let me use the phone, because they still had my things (my purse, keys, and cell).

After one more hour, this is to say around 9 p.m. my sister came out with the keys to the truck and my bag and an officer told us you are going to Mexico and he opened the way towards the path of return.

I want to state that during all   this time we were mistreated, harassed and they were negligent with my newborn baby who also is an American citizen. That during all the time that we were there, there was never a single question by any Officer to see how my daughter was doing. Not even by the supervisors in charge. Because they centered more on us.  Displaying us like criminals to every one of the Officers who came in.

Finally, I hold responsible Officer Eliseo Cabrera and the other Supervisors during the shifts that we were there if something

6

should happen to my baby.  Something may happen to her because I was taking her to the Doctor.  And I could not because of all that happened because he was too extreme with her, too many hours, too cold and later on the heat in the truck when we were there. Of the problems they have caused me in my life for denying me entry to my country because I need to continue medical treatment since I could not meet my 40 day regime and because my stitches are still not healed and for that reason I have to keep checking with my doctor, and for all the abuses that I endured being there from Officer Cabrera, his harassment, threats and all that may result.

Sincerely,
YULIANA TRINIDAD CASTRO
August 28, 2009.

*Yuliana Castro* CERTIFICATE OF TRANSLATION

I, Lisa S. Brodyaga, hereby certify that I am competent in the English and Spanish languages, and that the foregoing is a true and correct translation of the Spanish original to the best of my knowledge and belief, and in witness thereof, I have signed my name this 2nd day of September, 2009.

S/ Lisa S. Brodyaga

_____

7

**STATEMENT OF
TRINIDAD MURAIRA DE CASTRO
SPANISH ORIGINAL**

YO TRINIDAD MURAIRA DE CASTRO HAGO CONSTAR LO SIGUIENTE

EL DIA 24 DE AGOSTO DEL 2009 LLEGE A LAS 9:45 AM LLEGUE CON MIS
HIJAS EN UN CARRO AL PUNTO DE REVISION DEL PUENTE VIEJO. EL OFICIAL
QUE NOS ATENDIO ERA EL OFICIAL ELISEO CABRERA

YO LE ENSENE MI VISA LAURA, MI HIJA LAURA LE PRESENTO SU PASAPORTE,
MI HIJA YULIANA SU CIUDADANIA, SU I.D. Y SU SOLICITUD DE PASAPORTE
Y EL CERTIFICETO DE NACIMIENTO DE HOSPITAL DONDE DE MI NIETA. FUE
ENTONCES CUANDO EL OFICIAL LE PREGUNTO A MI HIJA YULIANA SOBRE EL
TRAMITE DE SU PASAPORTE Y ELLA LE CONTESTO. SIN EMBARGO EL LA
IGNORO Y NOS ENVIO A REVISION. DE AHI NOS PASO A LA OFICINA Y NO
NOS DIJO EL MOTIVO EL CUAL NOS DETUVO.

PRIMERO EL PASO A MI HIJA YULIANA A UNA OFICINA POR UNOS 30
MINUTOS. SACO A MI HIJA DEL CUARTO Y ME PASO A MI. EL CERRO EL
CUARTO CON LLAVE Y ME PREGUNTO QUE DONDE ME HABIA ALIVIADO. YO LE
DIJE QUE DE MIS DOS HIJAS ME HABIA ALIVIADO EN BROWNSVILLE. QUE MI
HIHA LAURA NACIO EL XX DE XXXXX DE 1980 Y DE YULIANA EL XX DE XXXXX
DE 1984 Y QUE LAS DOS NACIERON CON LA PARTERA TRINIDAD SALDIVAR. EL
OFICIAL ENTONCES ME DIJO QUE LA PARTERA ESTABA FICHADA POR QUE ELLA
ERA UNA DE LAS QUE HABIA VENDIDO PAPELES CHUECOS Y QUE ELLA HABIA
ESTADO EN LA CARCEL POR 5 ANOS. FUE ENTONCES CUANDO EL EMPEZO A
ACUSARME DE QUE YO HABIA COMPRADO LOS PAPELES. YO LE DIJE QUE NO.
QUE NO ERA CIERTO. ME DIJO QUE NO TENIA DRECHO A NADA Y ME TRATABA
COMO SI FUERA UN CRIMINAL PORQUE ERA MEXICANA.

EL OFICIAL ENTRABA Y SALIA DEL CUARTO CADA RATO Y ME DEJABA SOLA.
CADA VEZ QUE REGRESABA ME DECIA LO MISMO. EL ME ACUSABA Y ME
AMENAZABA DE QUE ME HIBA A LLEVAR ALA CARCEL. ME DECIA QUE EL
CASTIGO ERA DE 5 A 20 ANOS DE CARCEL. EL ME DECIA QUE YO NO TENIA
PRUEBAS PARA PROVAR QUE ME HABIA ALIVIADO EN BROWNSVILLE, TEXAS. ME
DECIA QUE ME CALLARA Y SE PORTABA MUY PREPOTENTE. EL NUNCA ME DEJO
EXPLICARLE QUE YO TENIA LOS PAPELES QUE CONSTABAN QUE MIS HIJAS
HABIAN NACIDO EN BROWNSVILLE. TAMBIEN NO PUDE DECIRLE QUE TODAVIA
VIVIA LA PARTERA TRINIDAD SALDIVAR. QUE EN EL CASO DE LAURA YO ME
ALIVIE EN LA CASA DE LA PARTERA QUE ESTABA EN LA CALLE 1455 MONROE.
Y QUE PARA CUANDO NACIO MI HIJA YULIANA YO LA TUVE EN LA NUEVA
DIRRECCION DE LA PARTERA QUE ERA 1140 E.JACKSON ST.

PARA ESTO YO NO SABIA DONDE ESTABAN MIS HIJAS POR QUE NOS TUVIERON
INCOMUNICADAS. COMO SI ESTVIERAMOS SECUESTRADA. NUNCA ME OFRECIERON
NADA, NI ME PREGUNTARON SI NECESITABA IR AL BANO, O SI QUERIA AGUA,
SI QUERIA COMER. VENIA CON NOSOTROS MI NIETA DE UNOS DIAS LA CUAL
LA LLEVABA MI HIJA A UNA CONSULTA CON SU DOCTOR. POR OTRO LADO MI
HIJA LAURA ESTABA EMBARAZADA Y ELLA IVA A CHECARCE A LA CLINICA. Y
POR OTRO LADO MI HIJA YULIANA ESTABA RECIEN ALIVIADA DE SU HIJA Y
MUY LASTIMADA POR EL PARTO. Y EL OFICIAL SOLO SE DEDICABA A
OSTIGARME CADA VEZ QUE ENTRABA AL CUARTO.

DESPUES DE QUE PASARAN AL REDEDOR DE 4 HORAS ME DOY CUENTA DE QUE
MIS HIJAS ESTAN ADENTRO DE LA OFICINA Y NO PUEDO VER A MI NIETA.
SOLO LA ESCUCHABA LLORAR MUCHO. YO LE PREGUNTABA AL OFICIAL ELISEO
CABRERA POR ELLA Y EL NO ME DABA INFORMACION DE MI NIETA.
FINALMENTE EL OFICIAL CABRERA ENTRA AL CUARTO EN DONDE YO ESTABA
ENCERRAY Y MUY PREPOTENTE ME DICE QUE ME PARE Y ME EMPIEZA A TOMAR
MIS HUELLAS DIGITALES Y FOTOS. EL ME DICE QUE ESTABAMOS DETENIDAS
TANTO YO COMO MIS HIJAS. ME DICE QUE NO TENIAMOS DERECHO A NADA. NI
DERECHO A UN ABOGADO. QUE ME HIBA A ENVIAR A LA CARCEL DE 5 A 20
ANOS, POR DEFRAUDADORA. PORQUE YO HABIA COMPRADO LOS PAPELES A LA
PARTERA.

EN ESE MOMENTO YO ENTRE EN UNA CRISIS NERVIOSA Y ME BLOQUEO. YO
SOLO PENSABA EN MIS HIJAS. QUE ESTAN ENFERMAS. QUE HIBAN A HACER
ELLAS EN LA CARCEL. UNA EMBARAZADA Y LA OTRA RECIEN ALIVIADA. Y QUE
IVA A PASAR CON MI NIETA. ARRESTADA JUNTO CON NOSOTROS.
Y MI OTRA NIETO CON SU ABUELA Y SIN PODER SABER DE EL POR MUCHAS
HORAS POR NO TENIAMOS COMUNICACIÓÓN CON NADIEN. FUE POR TODAS LAS
AMENAZAS QUE ME HIZO EL OFICIAL CABRERA QUE YO ME SENTI OBLIGADA A
ACEPTAR TODO LO QUE EL ME DIJO. EL ME DIJO QUE SI YO DECIA TODO LO
QUE EL ME DECIA EL ME DEJARIA IRME CON MIS HIJAS DE INMEDIATAMENTE.
YO PENSABA EN MI NIETA, QUE NO SABIA DONDE ESTABA, PERO LA
ESCUCHABA LLORAR. FUE POR ESO QUE ACEDI A FIRMAR TODOS LOS PAPELES
QUE ME PONIAN ENFRENTE SIN QUE YO PUDIERA SABER QUE DECIAN YA QUE
ESTABAN EN INGLES Y YO NO SE INGLES.

QUIERO DECIRLES QUE EL OFICIAL NUNCA ME EXPLICO QUE DECIAN ESTOS
PAPELES. LO QUE YO FIRME FUE LO QUE EL QUIZOPONER YA QUE NUNCA PUSO
ATENCION A LO QUE YO LE DECIA. DESPUES DE QUE FIRME LOS PAPELES ME
SACO DEL CUARTO Y ME DIJO ''DIGA QUE LA TRATE BIEN'' EN FORMADE
AMENAZANTE. DE AHI SALI Y ME FUI DIRECTO CON MI NIETA,QUE ESTABA
LLORRANDO, HELADA, ORINADA Y CON MUCHA HAMBRE. MIS DOS HIJAS
ESTABAN ADENTRO.

DESPUES DE DOS HORAS Y MEDIA SALIO MI HIJA YULIANA. IGUAL QUE YO
SALIO AMENAZADA Y OSTIGADA POR EL OFICIAL ELISEO CABRERA. ELLA
SALIO DE LAS OFICINAS SIN SU BOLSA NI LAS LLAVES DE SU CARRO.
MIENTRAS TANTO MI OTRA HIJA LAURA SE QUEDO ADENTRO CON EL OFICIAL
ELISEO CABRERA. POR CUATRO HORAS MAS YO NO SUPE NADA DE MIJA LAURA.
ELLA ESTABA ENCERRADA.

EN LO QUE ESPERABAMOS A QUE SALIERA MI HIJA LAURA YO Y MI HIJA
YULIANA ESTABAMOS SENTADAS EN LA SALA DE MIGRACION. FUE ENTONCES
CUANDO MI HIJA YULIANA SE PARA Y LE PREGUNTO AL OFICIAL DE
VENTANILLA POR SU HERMANA. EL OFICIAL LE DIJO QUE NO SABIA CUANDO
IVA A SALIR. DESPUES DE ESO EL OFICIAL NOS DEJO IRNOS A NUESTRA
CAMIONETA QUE ESTABA ABIERTA. PERO NO NOS DIERON LAS LLAVES. ESTABA
CALIENTE Y LA CAMIONETA SOLO TENIA UN VIDRIO ABIERTO A LA MITAD.

2

ESAS NO ERAN CONDICIONES PARA TENER A MI NIETA, UNA BEBE DE UNOS DIAS.

PARA ESTO YA MI FAMILIARES ESTAN MUY PREOCUPADAS POR NOSOTROS. ELLOS LE LLAMARON A LAPOLICIA PARA LEVANTAR UN REPORTE DE LO SUCEDIA YA QUE NO ES POSIBLE QUE TENGAN A UNA RECIEN NACIDA DENTRO DE UN CARRO EN ESAS ALTAS TEMPERATURAS.

DESPUES DE ESOTO PASARON 2 HORAS MAS. YA ERAN LAS 8;30 P.M DE LA NOCHE. CASI 11 HORAS DE ESTAR DETENIDAS SALIO FINALMENTE MI HIJA LAURA CON UNOS DOCUMENTOS EN SU MANO. ELLA NO FIRMO NADA. ELLA SABE SUS DERECHOS. A LAS 9 DE LA NOCHE SALE UN OFICIAL Y NOS DICE QUE NOS TENEMOS QUE REGRESAR A MEXICO. ENTONCES EL OFICIAL NOS GUIO AL CARRIL DE REGRESO Y NOS REGRESAMOS.

QUISIERA DECIRLES QUE EN TODA MI VIDA NUNCA HABIA TENIDO PROBLEMAS CON MIGRACION. TODA MI VIDA HE PASADO CON MIS HIJAS Y HE SACADO PERMISOS PARA VIAJOR POR LOS ESTADOS UNIDOS. ES POR ESO QUE YO ACUSO AL OFICAL ELISEO CABRERA Y A TODOS LOS OFICIALES QUE ESTUVIERON EN TURNO DEL DIA 24 DE AGOSTO DE 2009 POR LO QUE NOS HICIERON.

YO PADESCO DE PRESION ALTA Y TODO EL TRAUMA PSICOLOGICO QUE TUVE QUE AGUANTE ME ENFERME Y HOY EN DIA TODAVIA NO ME RECUPERO. ACUSO DE NEGLIGENCIA AL OFICIAL ELISEO CABRERA POR HABER PUESTO EN PELIGRO LA VIDA DE MI NIETA DE UNOS DIAS Y TAMBIEN POR LO QUE LES HIZO A MIS HIJAS QUE SON CUIDADANAS AMERICANAS Y TIENEN SUS VIDAS HECHAS EN ESTADOS UNIDOS.

ATENTAMENTE TRINIDAD MURAIRA DE CASTRO.

3

# STATEMENT OF
# TRINIDAD MURAIRA DE CASTRO
# TRANSLATED

I, Trinidad Muraira de Castro, want to state the following

On August 24, 2009, at 9:45 a.m. I arrived with my daughters in a car at the inspection station of the Old Bridge. The Officer who dealt with us was Officer Eliseo Cabrera.

I showed him my visa. Laura, my  daughter Laura, showed him her passport, my daughter Yuliana her citizenship, her ID and her passport application, and the hospital birth certificate of my granddaughter. It was then that the Officer asked my daughter Yuliana about the processing of her passport and she answered. However, he ignored her and sent us for inspection.  From there we were sent to the office, and he    did not tell us why he was detaining us.

First he took my daughter Yuliana    to an office, for some 30 minutes.  He took my daughter out of the room and brought me in. He locked the room with a key and he asked me where I had given birth. I told him that my two daughters had been born in Brownsville. That my daughter Laura was born on XXXXXXXX, 1980 and Yuliana on XXXXXXX, 1984 and that both of them were born with the midwife Trinidad Saldivar. Then the Officer    told me that the midwife was on the police record because she was one of those who had sold false documents and that she had been in jail for 5 years. It was then that he  began to accuse me that  I had bought those documents. I told him no. That it was not true. He told me that I had no rights to anything and treated me as if I was a criminal because I was a Mexican.

The Officer would come and go out of the room all the time and would leave me alone. Each time he would return he would tell me the same things. He accused me and threatened that he was going to send me to jail. He said that the punishment was from 5 to 20 years in prison. He said that I did not have any proof to show that I had given birth in Brownsville, Texas. He would tell me to shut up and was very overbearing. He never let me explain that I have documents to show that my daughters were born in Brownsville. Nor could tell him that the midwife Trinidad Saldivar is still alive. That in the case of my daughter Laura I gave birth in the house of the midwife that was at 1455 Monroe Street. And that when my daughter Yuliana was born I gave birth at the midwife's new address, 1140 E Jackson Street.

Through all this I did not  know where my daughters were, because they held us incommunicado.  It was as if we had been kidnaped. I was never offered anything, not even if I needed to go to the bathroom, or if I needed water, if I wanted to eat. With us was my

granddaughter who was only a few days old, who was being taken by my daughter to a doctor's appointment.  Further, my daughter Laura was pregnant and she was going to the clinic for her check up. Plus, my daughter Yuliana had just given birth to her daughter and had been injured by the childbirth. And the Officer only dedicated himself to harassing me every time he entered the room.

After about 4 hours had passed I saw that my daughters were in the office, and could not see my granddaughter. I only could hear her crying a lot. I would ask Officer Eliseo Cabrera about her and he would not give me any information about my granddaughter. Finally Officer Cabrera walked into the room where I was detained and in a very overpowering manner told me to stand up, and started to take my finger prints and photos. He told me that we were detained, both I myself and my daughters.  He told me that we did not have any rights at all. Not even the right to an attorney. That he was going to send me to jail for from 5 to 20 years, for fraud, because I had bought the documents from the midwife.

At that moment I began having a nervous breakdown. And I was blocked. I only thought of my  daughters. Who are ill. What was going to happen to  them in jail. One pregnant and the other recently in childbirth. And what was going to happen to my granddaughter. With us arrested.

And my other grandchild with his grandmother and without knowing about him for many hours with no communication with any one. It was from all the threats made against me by Officer Cabrera that I felt obliged to accept everything that he told me. He told me that if I would say everything  that he told me to say he would let me go immediately with my daughters. I thought of my granddaughter, that I did not know where she was, but I would hear her crying. It was for that reason I agreed to sign all the papers they put in front of me, without even being able  to know what those papers said, because they were in English and I do not know English.

I want to tell you that the Officer never explained to me what those papers said. What I signed was whatever he wanted to write there, because he never paid any attention to what I was telling him. After I signed the papers he took me out of the room and told me, "Say that I treated you well" in a menacing way. From there, I left and went directly to my granddaughter, who was crying, freezing cold, wet and very hungry. My two daughters were still inside.

2

After two and one half hours my daughter Yuliana got out. Like me, she left threatened and harassed by Officer Eliseo Cabrera. She left the office without her bag and the key to her car. Meanwhile, my other daughter Laura remained inside with Officer Eliseo Cabrera. For four more hours I did not know anything about my daughter Laura. She was confined.

While we were waiting for my daughter Laura to get out my daughter Yuliana and I were seated in the migration room. It was then when my daughter Yuliana stood up and ask the Officer in the small window for her sister. The Officer told her that he did not know when she was going to get out. After that the officer let us go to our van that was open. But they did not give us the keys. It was hot and the van had only one window half opened. Those was no air conditioning for my granddaughter, a baby only few days old.

By then my family was already very concerned about us. They had called the police to report what was going on because it is not possible to have a new born baby in a car in those very high temperatures.

After that two more hours passed. It already was 8:30 pm. Almost 11 hours after being detained my daughter Laura finally gets out with some documents in her hands. She did not sign anything. She knows her rights. At  9 p.m. an Officer came out and told us that we had to return to Mexico. Then the Officer led us to the path to return. And we returned.

I would like to state that in my whole life I had never had problems with immigration. All my life I have passed with my daughters and have gotten permits to travel all over the United States. This is why I accuse Oficer Eliseo Cabrera and all the Officers who were on duty on August 24, 2009, for all they did.

I suffer from high blood pressure and I got sick from all the psychological trauma that I had to endure and today I am still sick and have not recuperated. I accuse Officer Eliseo Cabrera of negligence for having endangered the life of my granddaughter who was only few days old, and also for what he did to my two daughters who are American citizens and who have made all their lives in the United States.

Sincerely,

Trinidad Muraira de Castro

x

3

CERTIFICATE OF TRANSLATION

I, Lisa S. Brodyaga, hereby certify that I am competent in the English and Spanish languages, and that the foregoing is a true and correct translation of the Spanish original to the best of my knowledge and belief, and in witness thereof, I have signed my name this 1st day of September, 2009.


S/ Lisa S. Brodyaga
_____