IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LAURA NANCY CASTRO | ) | |
| YULIANA TRINIDAD CASTRO, and | ) | |
| TRINIDAD MAURA CASTRO, | ) | |
| | ) | |
| Petitioners/Plaintiffs, In Their Own Name and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. B-07-218 Member Case No. B-09-208 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL T. FREEMAN, Port Director, U.S. Customs and Border Protection, Brownsville, Texas Port of Entry; HILLARY CLINTON, U.S. Secretary of State, JANET NAPOLITANO, Secretary, Department of Homeland Security, and THE UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants/Respondents. | ) | |

**EMERGENCY MOTION TO ALLOW COUNSEL FOR DEFENDANT TO PARTICIPATE TELEPHONICALLY IN HEARING ON TEMPORARY RESTRAINING ORDER**

Defendant moves for an order to allow Elizabeth Stevens, of the Office of

Immigration Litigation, Civil Division, Department of Justice, who is located in

Washington, D.C., the principal attorney representing Defendants, to participate

telephonically in the scheduled hearing on Plaintiffs/Petitioners' request for Temporary

Restraining Order, set for today, September 8, 2009 at 4:00 p.m.

1

Allowing Ms. Stevens to participate in the scheduling conference by telephone would promote the purpose of the Federal Rules of Civil Procedure to "secure the just, speedy, and inexpensive determination of every action." Fed. R. Civ. P. 1. Victor Rodriguez, of the United States Attorney's Office, who also represents Defendants in this action, will appear at the hearing personally.

A proposed order is attached.

DATED March ___, 2009.

Respectfully Submitted,

| | |
|---|---|
| | TONY WEST |
| TIM JOHNSON | United States Dept. of Justice |
| United States Attorney | Assistant Attorney General |
| | Civil Division |
| | |
| VICTOR RODRIGUEZ | DAVID J. KLINE |
| Assistant United States Attorney | Director, District Court Section |
| P.O. Box 61129 | Office of Immigration Litigation |
| Houston, Texas 77208 | |
| | By: S/Elizabeth J. Stevens |
| | ELIZABETH J. STEVENS |
| | (VA Bar No. 47445) |
| | Assistant Director |
| | District Court Section |
| | Office of Immigration Litigation |
| | P.O. Box 868 |
| | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Telephone: (202) 616-9752 |
| | FAX: (202) 305-7000 |
| | Elizabeth.stevens@usdoj.gov |
| September 8, 2009 | Attorneys for Defendants/Respondents |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on September 8, 2009, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

Celestino Antonio Gallegos   cgallegos@trla.org

Concepcion Errisuriz   cgallegos@trla.org

Craig William Kuhn   craig.kuhn@usdoj.gov

Elisabeth Lisa S Brodyaga   lisabrodyaga@aol.com

Inna Parizher   iparizher@trla.org

Jaime M Diez   jaimemdiez@aol.com

Jonathan M Rolbin   jonathan.rolbin@usdoj.gov

Julie Shana Saltman   julie.saltman@usdoj.gov

Lisa Luis   lisa.luis@usdoj.gov, l.luis08@att.net

Maria Estela Garcia Yzaguirre   maria_estela75@yahoo.com

Melanie S Keiper   melanie.keiper@usdoj.gov

Norma P Lozano   jaimemdiez@aol.com

Petra Gutierrez(Terminated)   cgallegos@trla.org

Roberto Enrique Andrade   cgallegos@trla.org

Victor Rodriguez , Jr   victor.rodriguez1@usdoj.gov, maribel.gonzalez@usdoj.gov

                                                  *s/ Elizabeth J. Stevens*
                                                  ELIZABETH J. STEVENS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LAURA NANCY CASTRO | ) | |
| YULIANA TRINIDAD CASTRO, and | ) | |
| TRINIDAD MAURA CASTRO, | ) | |
| | ) | |
| Petitioners/Plaintiffs, In Their Own Name and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. B-07-218 Member Case No. B-09-208 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL T. FREEMAN, Port Director, U.S. Customs and Border Protection, Brownsville, Texas Port of Entry; HILLARY CLINTON, U.S. Secretary of State, JANET NAPOLITANO, Secretary, Department of Homeland Security, and THE UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants/Respondents. | ) | |

## ORDER

It is hereby ORDERED that Elizabeth J. Stevens may appear telephonically at the hearing in the above-captioned case, set for TUESDAY, SEPTEMBER 8, AT 4:00 pm.

   Done at Brownsville, Texas, on September ___, 2009

                                             _____
                                             Hilda G. Tagle
                                             United States District Judge