```
                UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                      BROWNSVILLE DIVISION
```

| | |
|---|---|
| **CYNTHIA TREVINO,** ) | |
| ) | |
| v. ) | **CIVIL ACTION** |
| ) | **No. B-07-218** |
| **HILLARY CLINTON et al** ) | |
| ) | |

|  | AND MEMBER CASES: |
|---|---|
|  | B:08-391 |
|  | B:08-477 |
| **LAURA NANCY CASTRO, ET AL, IN THEIR OWN** ) | B:09-13 |
|    NAMES AND ON BEHALF OF ALL OTHERS ) | B:09-34 |
|    SIMILARLY SITUATED, ) | B:09-36 |
| v. ) | B:09-80 |
| ) | B:09-108 |
| **MICHAEL T. FREEMAN, PORT DIRECTOR, U.S.** ) | B:09-109 and |
|    CUSTOMS AND BORDER PROTECTION, ) | B:09-191 |
|    BROWNSVILLE, TEXAS PORT OF ENTRY; ET AL. ) | **B:09-208** |
| ) | |

```
               EXHIBIT "D" IN SUPPORT OF
            MOTION FOR PRELIMINARY INJUNCTION
```

Exhibit "D" consists of the documents (redacted) given to Laura Nancy Castro when she was admitted to the United States on September 10, 2009.

Respectfully Submitted,
s/

| | |
|---|---|
| Lisa S. Brodyaga, Attorney | Jaime M. Diez, Attorney |
| REFUGIO DEL RIO GRANDE | JONES & CRANE |
| 17891 Landrum Park Road | P.O. Box 3070 |
| San Benito, TX 78586 | Brownsville, TX 78523 |
| (956) 421-3226 | (956) 544-3565 |
| Federal ID: 1178, | |
| Texas Bar 03052800 | |

```
                    CERTIFICATE OF SERVICE
```

I certify that copies of the above, with attachment, were served electronically on Julie Saltman, Attorney, OIL, and Victor Rodriguez, AUSA, on September 11, 2009.

s/ Lisa S. Brodyaga



Warning A nonimmigrant who accepts unauthorized employment is subject to deportation
Important Retain this permit in your possession; *you must surrender it when you leave the U.S.* Failure to do so may delay your entry into the U.S. in the future. You are authorized to stay in the U.S. only until the date written on this form. To remain past this date, without permission from Department of Homeland Security authorities, is a violation of the law.
Surrender this permit when you leave the U.S.:
 - By sea or air, to the transportation line;
 - Across the Canadian border, to a Canadian Official;
 - Across the Mexican border, to a U.S. Official.
Students planning to reenter the U.S. within 30 days to return to the same school, see "Arrival-Departure" on page 2 of Form I-20 prior to surrendering this permit.

212(d)(4)

Record of Changes

Admitted as B2 Pursuant to District Court Civil Action Approved by pp Michael Freeman

Port: BRO
Date: 9/10/09
Carrier:
Flight # / Ship Name:

FEE WAIVED

Departure Record

OMB No. 1115-0042

**U.S. Department of Justice**
Immigration and Naturalization Service

# Application for Waiver of Passport and/or Visa

(See Instructions on Reverse)

| FEE STAMP | |
|---|---|
| FEE WAIVED | 212(d)(4) |
| FILE NO. | A087 592 450 |
| Case No: | BRO0909000088 |

| 1. MY NAME IS: (Last) | (First) | (Middle) |
|---|---|---|
| CASTRO | LAURA | NANCY |

2. MY UNITED STATES ADDRESS IS: (Apt. No.) (Number and) (City) (State) (Zip Code)
**455 BOCA CHICA Apt 41 BROWNSVILLE TEXAS 78520**

3. MY PERMANENT ADDRESS ABROAD IS:
**CALLE CANADA AZUL #24 COLONIA VALLE DORADO MATAMOROS TAMAULIPAS MEXICO**

4. THE COUNTRY OF WHICH I AM A CITIZEN, SUBJECT OR NATIONAL IS: **UNKNOWN**

5. PLACE OF BIRTH: **UNKNOWN**

DATE OF BIRTH: XX/XX/1980

6. DATE OF ARRIVAL: **10-SEP-09**   PORT OF ARRIVAL: **BROWNSVILLE/GATEWAY**

7. MANNER OF ARRIVAL: (Name of Vessel, Airline, etc.)
**Pedestrians**

| 8. PLACE VISA PREVIOUSLY ISSUED: | DATE: | CLASSIFICATION: | VALID TO: |
|---|---|---|---|

| 9. PLACE PASSPORT ISSUED: | DATE: | | VALID TO: |
|---|---|---|---|

10. THE REASON I AM NOT IN POSSESSION OF ☒ PASSPORT ☒ VISA IS AS FOLLOWS:
(CONTINUE ON REVERSE, IF)
**WAIVER PURSUANT TO DISTRICT COURT ORDER. SUBJECT IS BEING ADMITTED AS A B2 PENDING DETERMINATION OF CITIZENSHIP. APPROVED BY CBP PORT DIRECTOR M. FREEMAN.**

DATE OF THIS APPLICATION: **09/10/2009**

CITY AND **BROWNSVILLE/GATEWAY**

I CERTIFY THAT THE ABOVE IS TRUE AND CORRECT.

*(Signature of Applicant)*

---

SIGNATURE OF PERSON PREPARING FORM, IF OTHER THAN APPLICANT

I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

*(Signature)*   1500 University Blvd/BRO, TX   September 10, 2009
*(Address)*   *(Date)*

---

**APPLICANT NOT TO WRITE BELOW THIS LINE**

☒ Application approved. Waiver granted
☐ Under Section 211(b)
_____ (INS)

☒ Under Section 212(d)(4)
   **STEVEN DORADO - CUSTOMS & BORDER PROTECTION OFFICER** (INS)
   by authority of **PORT DIRECTOR MICHAEL FREEMAN**
   *(State Department)*
   Admitted as **Visitor For Pleasure** until **03/09/2010**
   *(Nonimmigrant Class)*

☐ Application disapproved.

DATE
OF
DD
OR
OIC

Form I-193 (Rev. 11/25/01)Y