```
              UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                    BROWNSVILLE DIVISION
```

```
CYNTHIA TREVINO,                    )
                                    )
v.                                  )   CIVIL ACTION
                                    )   No. B-07-218
HILLARY CLINTON et al               )
                                    )
_____    )

                                        AND MEMBER CASES:
                                           B:08-391
                                           B:08-477
LAURA NANCY CASTRO, ET AL, IN THEIR OWN  )  B:09-13
    NAMES AND ON BEHALF OF ALL OTHERS    )  B:09-34
    SIMILARLY SITUATED,                  )  B:09-36
v.                                       )  B:09-80
                                         )  B:09-108
MICHAEL T. FREEMAN, PORT DIRECTOR, U.S.  )  B:09-109 and
   CUSTOMS AND BORDER PROTECTION,        )  B:09-191
   BROWNSVILLE, TEXAS PORT OF ENTRY; ET AL. )  B:09-208
_____         )
```

### EXHIBIT "E" IN SUPPORT OF
### MOTION FOR PRELIMINARY INJUNCTION

Exhibit "E" consists of the permanent resident card, and employment verification, of the husband of Plaintiff Yuliana Castro.

```
Respectfully Submitted,
s/
Lisa S. Brodyaga, Attorney        Jaime M. Diez, Attorney
REFUGIO DEL RIO GRANDE            JONES & CRANE
17891 Landrum Park Road           P.O. Box 3070
San Benito, TX 78586              Brownsville, TX 78523
(956) 421-3226                    (956) 544-3565
Federal ID: 1178,
Texas Bar 03052800
```

                        CERTIFICATE OF SERVICE

I certify that copies of the above, with attachment, were served electronically on Julie Saltman, Attorney, OIL, and Victor Rodriguez, AUSA, on September 14, 2009.

s/ Lisa S. Brodyaga

```
            UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION
```

| | |
|---|---|
| **CYNTHIA TREVINO,** ) | |
| ) | |
| v.                    ) | **CIVIL ACTION** |
| )                       | No. B-07-218 |
| **HILLARY CLINTON et al** ) | |
| ) | |

AND MEMBER CASES:
B:08-391
B:08-477
B:09-13
B:09-34
B:09-36
B:09-80
B:09-108
B:09-109 and
B:09-191
**B:09-208**

**LAURA NANCY CASTRO, ET AL, IN THEIR OWN
   NAMES AND ON BEHALF OF ALL OTHERS
   SIMILARLY SITUATED,**
v.

**MICHAEL T. FREEMAN, PORT DIRECTOR, U.S.
   CUSTOMS AND BORDER PROTECTION,
   BROWNSVILLE, TEXAS PORT OF ENTRY; ET AL.**

### EXHIBIT "E" IN SUPPORT OF
### MOTION FOR PRELIMINARY INJUNCTION

Exhibit "E" consists of the permanent resident card, and employment verification, of the husband of Plaintiff Yuliana Castro.

Respectfully Submitted,
s/

| | |
|---|---|
| Lisa S. Brodyaga, Attorney | Jaime M. Diez, Attorney |
| REFUGIO DEL RIO GRANDE | JONES & CRANE |
| 17891 Landrum Park Road | P.O. Box 3070 |
| San Benito, TX 78586 | Brownsville, TX 78523 |
| (956) 421-3226 | (956) 544-3565 |
| Federal ID: 1178, | |
| Texas Bar 03052800 | |

### CERTIFICATE OF SERVICE

I certify that copies of the above, with attachment, were served electronically on Julie Saltman, Attorney, OIL, and Victor Rodriguez, AUSA, on September 14, 2009.

s/ Lisa S. Brodyaga