```
              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                    BROWNSVILLE DIVISION
```

CYNTHIA TREVINO,                          )
                                          )
v.                                        )   CIVIL ACTION
                                          )   No. B-07-218
HILLARY CLINTON et al                     )
                                          )

                                              AND MEMBER CASES:
                                                 B:08-391
                                                 B:08-477
LAURA NANCY CASTRO, ET AL, IN THEIR OWN   )      B:09-13
   NAMES AND ON BEHALF OF ALL OTHERS      )      B:09-34
   SIMILARLY SITUATED,                    )      B:09-36
v.                                        )      B:09-80
                                          )      B:09-108
MICHAEL T. FREEMAN, PORT DIRECTOR, U.S.   )      B:09-109 and
   CUSTOMS AND BORDER PROTECTION,         )      B:09-191
   BROWNSVILLE, TEXAS PORT OF ENTRY; ET AL. )    **B:09-208**
                                          )

                   EXHIBIT "E" IN SUPPORT OF
                MOTION FOR PRELIMINARY INJUNCTION

Exhibit "E" consists of the permanent resident card, and employment verification, of the husband of Plaintiff Yuliana Castro.

Respectfully Submitted,
s/
Lisa S. Brodyaga, Attorney          Jaime M. Diez, Attorney
REFUGIO DEL RIO GRANDE              JONES & CRANE
17891 Landrum Park Road             P.O. Box 3070
San Benito, TX 78586                Brownsville, TX 78523
(956) 421-3226                      (956) 544-3565
Federal ID: 1178,
Texas Bar 03052800

                      CERTIFICATE OF SERVICE

I certify that copies of the above, with attachment, were served electronically on Julie Saltman, Attorney, OIL, and Victor Rodriguez, AUSA, on September 14, 2009.

s/ Lisa S. Brodyaga

**PERMANENT RESIDENT CARD**

Name GONZALEZ GONZALEZ, JUAN A

INS A# 074-586-304

Birthdate  Category  Sex
            F46       M

Country of Birth
Mexico

CARD EXPIRES 01/21/13
Resident Since 09/24/02

```
C1USA0745863048SRC0307752188<<
8201076M1301210MEX<<<<<<<<<<<3
GONZALEZ<GONZALEZ<<JUAN<ANTON
```



**WYATT FIELD SERVICE COMPANY**
*a subsidiary of Nooter Corporation*

P. O. BOX 3052  HOUSTON, TEXAS 77253-3052  713-570-2000

9/11/09

To Whom It May Concern:

Juan Gonzalez has worked for Wyatt Field Service Company for going on 9 years. Mr. Gonzalez has worked at different work sites for Wyatt Field Service Company since 9/14/2000.
Mr. Gonzalez is currently working at Lion Oil in El Dorado, Arkansas as a Foreman.

Sincerely,

Terri J. Grimet
Timekeeper
Wyatt Field Service Company
Office: 870-875-8561
Cell: 281-787-1757